UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

GLOBAL CONSULTING, INC,  Case No.: 2:24-bk-00353-GER

    Debtor.  Chapter 11

_____

MUSTAPHA BOUJANA,

    Plaintiff,  Adv. Pro. No.:_____

vs.

GLOBAL CONSULTING, LLC, et al

    Defendants.

_____/

**NOTICE OF REMOVAL**

    Pursuant to 28 U. S. C. §1452, Federal Rule of Bankruptcy Procedure 9027 and Local Rule 9027-1, Global Consulting, LLC, ("Global") removes to this Court the action, described below (the "State Court Action"):

    *Mustapha Boujana v. Global Consulting, LLC, et al*
    Case No. 2022-CA-001733-O
    Circuit Court, Ninth Judicial Circuit in and for Orange County, Florida

**Statement of Pertinent Facts and Reasons for Removal**

    1.    On January 25, 2024, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The case was filed in the United States Bankruptcy Court, Middle District of Florida, Orlando Division and was assigned

Case Number 6:24-bk-00353-GER (the "Bankruptcy Case").

2. As of the Petition Date, the State Court Action was pending in the Circuit Court, Ninth Judicial Circuit in and for Orange County, Florida as Case No. 2022-CA-001733-O.

3. The State Court Action is a civil action other than a proceeding before the United States Tax Court.

4. The State Court Action is not a proceeding by a governmental unit to enforce such governmental unit's police or regulatory power.

5. The State Court Action is a civil proceeding related to the Bankruptcy Case. The Bankruptcy Court presiding over the Chapter 11 case, pursuant to the general reference with respect to Title 11 cases in the Middle District of Florida and 28 U. S. C. §157, has jurisdiction over the State Court Action under 28 U. S. C. § 1334. The claims in the State Court Action have a clear and direct impact on property of the estate under 11 U. S. C. §541 and claims against the Debtor. Moreover, resolution of the claims asserted in the State Court Action will: (1) affect the administration of the estate; (2) involve the allowance or disallowance of the claims against the estate; and (3) involve proceedings affecting the liquidation of assets of the estate and the adjustment of the debtor/creditor relationship. All such proceedings are core proceedings under 28 U. S. C. §157(A), (B) and (O).

6. This Notice of Removal is filed within 90 days after the Order for Relief in the Bankruptcy Case.

7. Removal of the State Court Action to the Bankruptcy Court is authorized by 28 U. S. C. §§1452, 1334, and 157 and the general order of the United States District Court for the Middle District of Florida referring bankruptcy matters to the Bankruptcy Court. Removal is in accordance with Rule 9027 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy

Rule 9027-1.

8. Upon removal of the State Court Action, the Debtor consents to the entry of final orders or judgments by the Bankruptcy Court. Further, if any claim or cause of action asserted in the State Court Action is determined to be non-core, the Debtor consents to the entry of final orders or judgments by the Bankruptcy Court

9. This notice of removal was appropriately filed with the Clerk of this Court. *E.g. In re Adams*, 133 B.R. 191 (Bankr. W.D. Mich. 1991); *Aztec Industries, Inc. v. Standard Oil Company (In re: Aztec Industries, Inc.)*, 84 B.R. 464, 468 (Bankr. N.D. Ohio 1987) (citing the majority cases that allow the filing of a removal petition with the clerk of the bankruptcy court).

10. All parties to the pending State Court Action are hereby notified that removal of the State Court Action and all claims and causes of action therein was affected upon the filing of a copy of this notice of removal with the Clerk of the State Court pursuant to Rule 9027(c) of the Federal Rules of Bankruptcy Procedure. The State Court Action is removed from the State Court to the Bankruptcy Court presiding over this Chapter 11 case.

11. A copy of the docket from the State Court Action is attached as **Exhibit A**. In accordance with Local Bankruptcy Rule 9027-1, the operative pleadings, substantive rulings, and any pending motions and responses included in the state court record will be docketed as separate entries within the next 7 days.

                                                **Kenneth D. (Chip) Herron, Jr.**
                                                Florida Bar No. 699403
                                                **Herron Hill Law Group, PLLC**
                                                P.O. Box 2127
                                                Orlando, Florida 32802
                                                Telephone: (407) 648-0058
                                                E-mail: chip@herronhilllaw.com
                                                                  elizabeth@herronhilllaw.com

## CERTIFICATE OF SERVICE

I certify that on January 26, 2024, a true and correct copy of the foregoing document was served by e-mail to:

| | |
|---|---|
| Jason P. Del Rosso | jdelrosso@morankidd.com |
| | eservice@morankidd.com |
| Michael A. Tessitore | mtessitore@morankidd.com |
| | epolanco@morankidd.com |
| Mustapha Boujana | mboujana@yahoo.com |
| | mboujana@gmail.com |

*/s/ Kenneth D. Herron, Jr.*
**Kenneth D. (Chip) Herron, Jr.**

# Exhibit A

| Date | Description | Count |
|---|---|---|
| 01/25/2024 | Suggestion - Notice of Bankruptcy and Auto Stay Comments: Case No. 6:24-bk-00353- | 3 |
| 01/24/2024 | Order on Plaintiff's Motion Comments: for Rehearing/Reconsideration - denied | 2 |
| 01/24/2024 | Court Minutes | 1 |
| 01/24/2024 | Order Setting Case Management Conference | 2 |
| 01/24/2024 | HEARING - Ex Parte - Pinder Rodriguez, Heather (Actual: Pinder Rodriguez, Heather) | |
| 01/24/2024 | HEARING - Ex Parte - Pinder Rodriguez, Heather (Actual: Pinder Rodriguez, Heather) | |
| 01/24/2024 | HEARING - Ex Parte - Pinder Rodriguez, Heather (Actual: Pinder Rodriguez, Heather) | |
| 01/22/2024 | Notice of Taking Deposition(s) | 2 |
| 01/18/2024 | Notice of Taking Deposition(s) | 2 |
| 01/18/2024 | Motion for Rehearing | 16 |
| 01/12/2024 | Order Setting Trial | 4 |
| 01/11/2024 | Response Comments: TO ORDER TO SHOW CAUSE | 7 |
| 01/11/2024 | Joint Pre Trial Statement | 13 |
| 01/10/2024 | Court Minutes | |
| 01/10/2024 | Copy or Copies | 10 |
| 01/10/2024 | Motion Comments: FOR APPEARANCE VIA VIDEO CONFERENCE | 7 |
| 01/10/2024 | Order Setting Hearing | 3 |
| 01/10/2024 | HEARING - Pre-Trial Conference - Pinder Rodriguez, Heather (Actual: Pinder Rodriguez, Heather) | |
| 01/10/2024 | HEARING - Pre-Trial Conference - Pinder Rodriguez, Heather (Actual: Pinder Rodriguez, Heather) | |
| 01/05/2024 | Exhibits in Support of | 267 |

| | | |
|---|---|---|
| 01/05/2024 | Correspondence | 1 |
| 01/05/2024 | Pre-Trial Statement | 16 |
| 01/05/2024 | Witness and Exhibit List | 3 |
| 01/05/2024 | Pre-Trial Statement | 11 |
| 01/03/2024 | Final Judgment | 2 |
| 01/03/2024 | Order Denying<br>Comments: motion for final summary judgment as to count I | 2 |
| 01/03/2024 | Final Judgment<br>Comments: in favor of defendant as to the fraud claim count III and shall go hence without a day | 2 |
| 01/03/2024 | Order Granting<br>Comments: in part and denied in part as set forth on the order | 2 |
| 12/31/2023 | Correspondence | 1 |
| 12/27/2023 | Notice of Hearing | 2 |
| 12/26/2023 | Notice of Hearing | 2 |
| 12/22/2023 | Notice of Filing | 24 |
| 12/22/2023 | Correspondence | 1 |
| 12/21/2023 | Motion for Continuance<br>Comments: of Trial | 19 |
| 12/20/2023 | Motion<br>Comments: FOR REMOTE APPEARANCE AT THE PRE-TRIAL MEETING OF ATTORNEYS | 2 |
| 12/20/2023 | Motion<br>Comments: TO CONTINUE TRIAL | 17 |
| 12/19/2023 | Court Minutes | 2 |
| 12/19/2023 | HEARING - Hearing - Pinder Rodriguez, Heather (Actual: Pinder Rodriguez, Heather) | |
| 12/19/2023 | HEARING - Hearing - Pinder Rodriguez, Heather (Actual: Pinder Rodriguez, Heather) | |
| 12/18/2023 | Exhibits in Support of | 33 |

| | | |
|---|---|---|
| 12/18/2023 | Reply<br>Comments: TO DEFENDANTS ANSWER AND AFFIRMATIVE DEFENSES TO SECOND AMENDED COMPLAINT | 6 |
| 12/14/2023 | Answer & Affirmative Defenses | 8 |
| 12/09/2023 | Reply<br>Comments: TO RESPONSE IN OPOSITION | 14 |
| 12/07/2023 | Amended Complaint<br>Comments: SECOND | 30 |
| 12/07/2023 | Order Granting Motion to Amend<br>Comments: complaitn deemed filed as of the date of this order | 3 |
| 12/06/2023 | Witness and Exhibit List | 2 |
| 12/06/2023 | Court Minutes | 1 |
| 12/06/2023 | HEARING - Ex Parte - Pinder Rodriguez, Heather (Actual: Pinder Rodriguez, Heather) | |
| 12/06/2023 | HEARING - Ex Parte - Pinder Rodriguez, Heather (Actual: Pinder Rodriguez, Heather) | |
| 11/28/2023 | Notice of Hearing | 2 |
| 11/28/2023 | Response<br>Comments: TO PLAINTIFFS MOTIONS FOR SUMMARY JUDGMENT | 8 |
| 11/22/2023 | Motion to Compel Discovery | 46 |
| 11/18/2023 | Objection<br>Comments: TO NOTICE OF INTENT TO ISSUE SUBPOENA TO WELLS FARGO BANK | 2 |
| 11/17/2023 | Witness and Exhibit List | 3 |
| 11/17/2023 | Notice<br>Comments: TO THE COURT AND DEFENDANTS (Pre-Trial Order) | 2 |
| 11/17/2023 | Amended Notice of Hearing | 2 |
| 11/17/2023 | Notice of Hearing | 2 |
| 11/13/2023 | Motion to Amend<br>Comments: Complaint | 35 |
| 11/13/2023 | Witness and Exhibit List | 2 |

| Date | Description | Count |
|---|---|---|
| 11/12/2023 | Witness and Exhibit List | 3 |
| 11/12/2023 | Witness and Exhibit List | 2 |
| 11/06/2023 | Response to Request to Produce | 3 |
| 11/05/2023 | Objection<br>Comments: TO PLAINTIFFS THIRD AMENDED INTERROGATORIES AND MOTION FOR PROTECTIVE ORDER | 2 |
| 11/05/2023 | Response to Request for Admissions | 3 |
| 10/24/2023 | Notice of Hearing | 2 |
| 10/19/2023 | Exhibits in Support of | 69 |
| 10/19/2023 | Reply | 207 |
| 10/19/2023 | Notice of Case Management Conference | 2 |
| 10/06/2023 | Notice of Service<br>Comments: OF AMENDED DISCOVERY REQUESTS TO DEFENDANTS GLOBAL CONSULTING, LLC AND PEDRO ALFONSI | 2 |
| 10/03/2023 | Objection<br>Comments: TO PLAINTIFFS DISCOVERY REQUESTS AND MOTION FOR PROTECTIVE ORDER | 2 |
| 10/03/2023 | Response to Request for Admissions | 3 |
| 10/01/2023 | Reply<br>Comments: TO DEFENDANT RESPONSE | 3 |
| 10/01/2023 | Response<br>Comments: TO PLAINTIFFS MOTION FOR PROTECTION ORDER | 2 |
| 10/01/2023 | Notice<br>Comments: TO DEFENDANTS | 1 |
| 09/30/2023 | Motion for Clarification | 18 |
| 09/30/2023 | Notice of Service<br>Comments: OF DISCOVERY REQUESTS TO DEFENDANTS | 1 |
| 09/30/2023 | Notice of Unavailability | 3 |

| | | |
|---|---|---|
| 09/30/2023 | Certificate of Compliance | 1 |
| 09/29/2023 | Order Denying Motion to Strike | 2 |
| 09/27/2023 | Notice of Change of Address | 1 |
| 09/26/2023 | Mediation Report | 2 |
| 09/26/2023 | Correspondence | 1 |
| 09/21/2023 | Correspondence | 1 |
| 09/21/2023 | HEARING - CANCELED- Cancelled Motion - Netcher, Eric J | |
| 09/21/2023 | HEARING - CANCELED- Cancelled Motion - Netcher, Eric J | |
| 09/20/2023 | HEARING - CANCELED- Cancelled Motion - Netcher, Eric J | |
| 09/20/2023 | HEARING - CANCELED- Cancelled Motion - Netcher, Eric J | |
| 09/15/2023 | Motion for Summary Judgment Comments: ON COUNT III OF THE AMENDED COMPLAINT | 75 |
| 09/13/2023 | Court Minutes | 2 |
| 09/13/2023 | HEARING - Motion - Netcher, Eric J (Actual: Netcher, Eric J) | |
| 09/11/2023 | Supplemental Interrogatories | 6 |
| 09/11/2023 | Request Comments: FOR ADMISSION TO BOTH OR ANY OF DEFENDANTS GLOBAL CONSULTING, LLC AND PEDRO ALFONSI | 7 |
| 09/11/2023 | Request Comments: FOR PRODUCTION TO DEFENDANT GLOBAL CONSULTING, LLC | 4 |
| 09/07/2023 | Correspondence | 54 |
| 09/05/2023 | Notice of Taking Deposition(s) | 2 |
| 09/01/2023 | Notice of Hearing | 2 |
| 08/29/2023 | Amended Notice of Hearing | 2 |
| 08/28/2023 | Motion for Protective Order | 4 |
| 08/24/2023 | Amended Notice of Hearing | 2 |
| 08/23/2023 | Notice of Mediation | 1 |

| | | |
|---|---|---|
| 08/22/2023 | Certificate of Compliance | 1 |
| 08/21/2023 | Motion<br>Comments: TO STRIKE AFFIRMATIVE DEFENSES AND PLAINTIFFS MOTION FOR RELIEF OR VACATE ORDER | 18 |
| 08/20/2023 | Correspondence | 1 |
| 08/16/2023 | Order<br>Comments: Mediation | 1 |
| 08/16/2023 | Notice of Hearing | 2 |
| 08/15/2023 | Correspondence | 1 |
| 08/08/2023 | Uniform Order Setting Case for Jury/Pretrial | 14 |
| 08/03/2023 | Order on Plaintiff's Motion<br>Comments: for Reconsideration | 2 |
| 04/30/2023 | Reply | 3 |
| 04/21/2023 | Response | 10 |
| 04/18/2023 | Motion for Reconsideration | 14 |
| 03/29/2023 | Notice Cancellation of Hearing | 1 |
| 03/29/2023 | Notice Cancellation of Hearing | 1 |
| 03/28/2023 | Order of Reassignment<br>Comments: from Div 40 to Div 34 | 2 |
| 03/21/2023 | Motion<br>Comments: TO SEEK AN ORDER DIRECTING THE CLERK TO REASSIGN THIS CASE | 2 |
| 03/18/2023 | Motion<br>Comments: TO SEEK AN ORDER DIRECTING THE CLERK TO REASSIGN THIS CASE TO ANOTHER JUDGE | 2 |
| 03/13/2023 | Notice of Hearing | 2 |
| 02/28/2023 | Response<br>Comments: TO MOTION FOR CIVIL CONTEMPT | 9 |
| 02/28/2023 | Motion for Contempt | 7 |
| 02/17/2023 | Reply | 4 |
| 02/17/2023 | Motion<br>Comments: FOR FRAUD ON THE COURT AND ABUSIVE | 152 |

| | | DISCOVERY | |
|---|---|---|---|
| | 02/17/2023 | Response<br>Comments: TO MOTION TO DISQUALIFY TRIAL JUDGE | 2 |
| | 02/16/2023 | Notice of Service<br>Comments: of plaintiff's motion for fraud on the court | 1 |
| | 02/16/2023 | Motion to Disqualify or Recuse<br>Comments: JUDGE EMERSON R THOMPSON. SENT TO JUDGE | 75 |
| | 02/16/2023 | Motion for Protective Order | 54 |
| | 01/17/2023 | Order Granting Motion to Compel<br>Comments: Discovery | 2 |
| | 01/17/2023 | Order Granting Motion to Compel<br>Comments: Production of Documents | 2 |
| | 01/17/2023 | Order Granting Motion to Compel<br>Comments: Discovery | 2 |
| | 01/17/2023 | Order Denying Motion to Compel<br>Comments: Production of Documents | 2 |
| | 01/05/2023 | Court Minutes | 2 |
| | 01/05/2023 | Court Minutes | 1 |
| | 01/05/2023 | HEARING - Motion - Thompson, Emerson R, JR (Actual: Thompson, Emerson R, JR) | |
| | 01/05/2023 | HEARING - Motion - Thompson, Emerson R, JR (Actual: Thompson, Emerson R, JR) | |
| | 01/05/2023 | HEARING - Motion - Thompson, Emerson R, JR (Actual: Thompson, Emerson R, JR) | |
| | 01/05/2023 | HEARING - Motion - Thompson, Emerson R, JR (Actual: Thompson, Emerson R, JR) | |
| | 01/04/2023 | Order Denying Motion to Compel | 2 |
| | 01/03/2023 | Court Minutes | 2 |
| | 01/03/2023 | HEARING - Motion - Thompson, Emerson R, JR (Actual: | |

| Date | Description | Count |
|---|---|---|
| | Thompson, Emerson R, JR) | |
| 01/03/2023 | HEARING - Motion - Thompson, Emerson R, JR (Actual: Thompson, Emerson R, JR) | |
| 12/12/2022 | Court Minutes | 1 |
| 12/12/2022 | HEARING - Motion - Whitehead, Reginald K (Actual: Whitehead, Reginald K) | |
| 12/12/2022 | HEARING - Motion - Whitehead, Reginald K (Actual: Whitehead, Reginald K) | |
| 11/22/2022 | Order Denying Comments: pltf's Motion to Strike Affirmative Defenses | 2 |
| 11/22/2022 | Order Denying Comments: pltf's Second Motion for Sanctions | 2 |
| 11/21/2022 | Notice of Hearing Comments: January 5, 2023, at 11:00 a.m. | 2 |
| 11/18/2022 | Correspondence | 1 |
| 11/16/2022 | Court Minutes | 2 |
| 11/16/2022 | HEARING - Motion - Whitehead, Reginald K (Actual: Whitehead, Reginald K) | |
| 11/15/2022 | Notice of Hearing Comments: January 5, 2023, at 1:30 p.m. | 2 |
| 11/13/2022 | Notice of Hearing Comments: November 16, 2022, @ 11:30 A.M. | 2 |
| 11/13/2022 | Notice of Hearing Comments: November 16, 2022, @ 1:30 pm | 2 |
| 11/11/2022 | Motion to Compel Discovery | 6 |
| 10/14/2022 | Motion for Sanctions | 27 |
| 10/11/2022 | Motion to Compel Discovery | 33 |
| 09/22/2022 | Notice of Service Comments: OF PLAINTIFFS SECOND (1) MOTION FOR SANCTIONS | 1 |
| 09/16/2022 | Request to Produce | 3 |
| 09/15/2022 | Notice of Service of Answers to Interrogatories | 1 |

| | | |
|---|---|---|
| 09/15/2022 | Notice of Service of Answers to Interrogatories | 1 |
| 09/13/2022 | Petition or Motion to Strike<br>Comments: AFFIRMATIVE DEFENSES | 38 |
| 09/02/2022 | Response<br>Comments: TO SECOND SET OF INTERROGATORIES AND TO FIRST REQUEST TO PRODUCE DOCUMENTS | 10 |
| 09/01/2022 | Notice of Service<br>Comments: OF PLAINTIFF S RESPONSE TO SECOND SET OF INTERROGATORIES AND TO FIRST REQUEST TO PRODUCE DOCUMENTS | 1 |
| 08/30/2022 | Notice of Withdrawal<br>Comments: OF DEF MOTION TO COMPEL ANSWER TO INTERROGATORY | 1 |
| 08/29/2022 | Notice of Service<br>Comments: OF PLAINTIFS MOTION FOR SANCTIONS PURSUANT TO FLA. STAT. 57.105 | 1 |
| 08/16/2022 | Notice of Service of Interrogatories | 1 |
| 08/16/2022 | Motion to Compel<br>Comments: PRODUCTION OF DOCUMENTS TO DEFENDANTS GLOBAL CONSULTING AND PEDRO ALFONSI - SENT TO JUDGE | 40 |
| 08/16/2022 | Motion to Compel<br>Comments: ANSWER TO INTERROGATORIES TO DEFENDANT GLOBAL CONSULTING-SENT TO JUDGE | 21 |
| 08/09/2022 | Reply to Affirmative Defenses | 6 |
| 08/09/2022 | Notice of Service of Interrogatories | 1 |
| 08/07/2022 | Response<br>Comments: SENT TO THE JUDGE | 5 |
| 08/02/2022 | Motion to Compel Discovery | 18 |
| 08/02/2022 | Request to Produce | 4 |

| | | |
|---|---|---|
| 07/24/2022 | Service Document Unable to be Issued<br>Comments: RETURN OF SERVICE NOT FILED AND ANSWER FILED BY GLOBAL CONSULTING LLC | |
| 07/20/2022 | Answer & Affirmative Defenses | 6 |
| 07/20/2022 | Motion for Default<br>Comments: GLOBAL CONSULTING, LLC, and PEDRO ALFONSI | 3 |
| 07/20/2022 | Notice of Service of Answers to Interrogatories | 1 |
| 07/19/2022 | Response to Request to Produce | 5 |
| 07/19/2022 | Response to Request to Produce | 6 |
| 07/01/2022 | Order Denying Motion to Dismiss | 2 |
| 05/31/2022 | Court Minutes | 1 |
| 05/31/2022 | HEARING - Motion - Whitehead, Reginald K (Actual: Whitehead, Reginald K) | |
| 05/25/2022 | Amended Notice of Hearing<br>Comments: on May 31, 2022, at 2:00 p.m. | 2 |
| 05/22/2022 | Response | 7 |
| 05/20/2022 | Response<br>Comments: TO FIRST SET OF INTERROGATORIES | 2 |
| 04/22/2022 | Notice of Service of Interrogatories | 1 |
| 04/21/2022 | Response<br>Comments: IN OPPOSITION TO DEFENDANTS' MOTION TO ENLARGE TIME AND FOR PROTECTIVE ORDER | 3 |
| 04/20/2022 | Motion for Enlargement/Extension of Time<br>Comments: AND FOR PROTECTIVE ORDER | 3 |
| 04/18/2022 | Response | 6 |
| 04/18/2022 | Request for Admissions | 7 |
| 04/18/2022 | Motion to Compel<br>Comments: BETTER ANSWERS TO REQUESTS | 4 |

|            |                                                                                        |    |
|------------|----------------------------------------------------------------------------------------|----|
|            | FOR ADMISSIONS TO DEFENDANTS                                                           |    |
| 04/05/2022 | Amended Notice of Hearing<br>Comments: 5/31/2022 2:00 PM                               | 2  |
| 03/29/2022 | Response to Request for Admissions                                                     | 2  |
| 03/29/2022 | Response to Request for Admissions                                                     | 4  |
| 03/24/2022 | Motion to Dismiss                                                                      | 4  |
| 03/22/2022 | Request to Produce                                                                     | 7  |
| 03/22/2022 | Request to Produce                                                                     | 7  |
| 03/22/2022 | Request for Admissions                                                                 | 3  |
| 03/22/2022 | Request for Admissions                                                                 | 4  |
| 03/21/2022 | Amended Complaint                                                                      | 15 |
| 03/21/2022 | Notice of Hearing<br>Comments: May 31, 2022, at 2:00 p.m.                              | 2  |
| 03/11/2022 | Motion to Dismiss<br>Comments: COMPLAINT                                               | 8  |
| 03/01/2022 | Summons Issued Electronically as to<br>Comments: emailed to plaintiff                  | 3  |
| 03/01/2022 | Summons Issued Electronically as to<br>Comments: emailed to plaintiff                  | 3  |
| 02/28/2022 | General Standing Case Management Plan/Order                                            | 3  |
| 02/24/2022 | Statement of Claim                                                                     | 58 |
| 02/18/2022 | Civil Cover Sheet                                                                      | 3  |
| 02/18/2022 | Case Initiated                                                                         |    |