**ORDERED.**

**Dated: March 25, 2024**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | ) |
| | ) |
| Global Consulting, LLC, | ) Case No. 6:24-bk-00353-GER |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| Mustapha Boujana, | ) |
| | ) |
| Plaintiff, | ) Adv. No. 6:24-ap-00005-GER |
| | ) |
| v. | ) |
| | ) |
| Global Consulting, LLC and Pedro Alfonsi, | ) |
| | ) |
| Defendants. | ) |

## ORDER (1) DIRECTING RESPONSE AND (2) SETTING HEARING

THIS PROCEEDING came on for consideration of *Plaintiff's Emergency Motion for Remand as to Co-Defendant Pedro Alfonsi and Supporting Memorandum of Law* (the "Motion") (Doc. No. 23) filed by Plaintiff Mustapha Boujana on March 21, 2024. The Court, having reviewed the Motion and considered the record, it is

**ORDERED**:

1. Alfonsi should file a response to the Motion (Doc. No. 23) on or before **April 11, 2024**.

2. A hearing on the Motion and any timely filed response is scheduled for **10:15 a.m. on May 23, 2024** at the George C. Young Federal Courthouse, 400 West Washington Street, Sixth Floor, Courtroom D, Orlando, Florida 32801.

3. Nothing in this Order affects the deadlines set forth by the Court with respect to *Defendant, Pedro Alfonsi's, Motion for Partial Summary Judgment* (Doc. No. 16).

# # #

The Clerk's Office is directed to serve a copy of this Order on interested parties, including emailing a copy to Plaintiff at mboujana@yahoo.com.