# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:

GLOBAL CONSULTING, INC,                    Case No.: 2:24-bk-00353-GER
                                           Chapter 11
     Debtor.

_____/

MUSTAPHA BOUJANA,                          Adv. Proc. No. 6:24-ap-00005-GER

# FILED

     Plaintiff,

## Date: 6/20/2024 @ 2:49pm via email
vs.
## Clerk, U.S. Bankruptcy
GLOBAL CONSULTING, LLC, and
PEDRO ALFONSI,
## Orlando Division

     Defendants.

_____/

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY

### "TIME-SENSITIVE"

### NOTICE OF OPPORTUNITY TO OBJECT AND
### REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, FL 32801 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

Pursuant to Federal Rule of Civil Procedure 37 and all applicable local Rules and orders of this Court, Creditor/Plaintiff, Mustapha Boujana, *Pro Se*, hereby move the Court for entry of an order (i) deeming admitted all requests for admission; (ii) compelling Defendant to produce all documents responsive to the Request for Production; and (iii) compelling Defendants to fully and completely answer the Interrogatories; and (iv) overruling objections that may be raised by Defendants in response to Plaintiff's Request for Admission, for Production of Documents ("Request for Production") and Interrogatories. In support of the motion, Plaintiff states as follows:

## Statement of Facts

1.    On April 21, 2024, Plaintiff served Defendant Global Consulting, LLC ("Global") by email his discovery requests and interrogatories, a true and correct copy is attached here within as Exhibit-01.



2.    On April 23, 2024, Plaintiff filed his Amended Proof of Service of his discovery requests and interrogatories on Defendant Global Consulting, LLC. A true

and correct copy is attached here within as Exhibit-02.



3.    During the hearing held on May 23, 2024 at 10:15 A.M. Eastern Time, before the honorable Judge Robson, Plaintiff raised the issue of discovery requests propounded on Debtor in the associated Adversary Proceeding that has not been answered within the thirty (30) days.

4.    When asked by the Court "if he knew anything about that", Debtor's Counsel of record, Mr. Herron, response was: "If he did, I am not aware of"; and Mr. Tessitore testified right after, that he saw a proof of service of plaintiff's request for discovery and that he did not know what it was about since he wasn't served anything". It is worth mentioning that Mr. Tessitore is not Debtor's counsel of record, hence he has not been served with the discovery request.

5.    The sought-after information is directly relevant to Plaintiff's efforts to demonstrate the fraudulent misrepresentation and unlawful misappropriation of Plaintiff's property. Limiting discovery of this information would affect the truth-

seeking function of a jury, for the failure to present any ultimately admissible information would diminish the jury's right to assess the truthfulness of Plaintiff's claims and Defendants' defenses.

**WHEREFORE**, Plaintiff, Mustapha Boujana, respectfully requests this Court enter an Order allowing the reliefs sought in this motion, and because the "time-sensitive" issue, Plaintiff also requests the Court to award any additional relief that the Court deems fair and equitable under the circumstances.

Respectfully submitted on June 20, 2024, by:

/s/ *Mustapha Boujana*
MUSTAPHA BOUJANA
Plaintiff, *Pro Se*
LE 14 -- APT. 8, Rue Michel Ange
Racine, 21100 Casablanca, Morocco
mboujana@yahoo.com


**CERTIFICATE OF COMPLIANCE**
(As to meet and confer)

I hereby certify that Mustapha Boujana, *pro se*, with full authority to resolve this matter, had a substantive conversation by telephone on June 18th, 2024, with Kenneth D. Herron Jr., Debtor's attorney, in a good faith effort to resolve the issues raised in the motion herein before it was filed, but the parties were unable to reach an agreement.

## PROOF OF SERVICE

UNDER PENALTY OF PERJURY, MOVANT, who is a Creditor in the Bankruptcy Case No. 6 : 24-bk-00353-GER, hereby certifies that on May 24, 2024, a copy of the foregoing Motion has been served both electronically via email to:

1. Pedro Alfonsi at pedro.alfonsi@hotmail.com,

2. Kenneth D. Herron, (Debtor's Attorney) at chip@herronhilllaw.com,

3. Audrey M. Aleskovsky, (DOJ-Ust, United States Trustee – ORL), at audrey.m.aleskovsky@usdoj.gov

4. Todd L. Budgen, (Trustee), at todd@c11trustee.com

# EXHIBIT – "01"

True Copy of Plaintiff's Discovery Requests of Admission (RFA) and Production of Documents (RFP) and Interrogatories as served on Defendant Global Consulting, LLC on April 21, 2024

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| In re:<br><br>GLOBAL CONSULTING, INC.,<br><br>　　　Debtor.<br>_____/<br><br>MUSTAPHA BOUJANA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>GLOBAL CONSULTING, INC., and<br>PEDRO ALFONSI<br><br>　　　Defendants.<br>_____/ | Case No.: **6:24-bk-00353-GER**<br>Chapter 11<br><br>Adv. Proc. No. **6:24-ap-00005-GER**<br>State Court Case No.:<br>2022-CA-001733-O<br><br>**INTERROGATORIES, REQUESTS FOR ADMISSIONS AND REQUESTS FOR PRODUCTION OF DOCUMENTS OF MUSTAPHA BOUJANA**<br><br>[No Hearing Required] |

**PROPOUNDING PARTY:**　MUSTAPHA BOUJANA

**RESPONDING PARTY:**　　GLOBAL CONSULTING, LLC.

**SET No.:**　　　　　　　ONE (01)

Pursuant to Fed. R. Civ. P. 26, 33, 34, and 36, made applicable to this proceeding pursuant to Rules 7033, 7034, 7036, and 9014 of the Fed. R. Bankr. P., and all applicable orders of this Court, Mustapha Boujana ("Mr. Boujana"), Creditor, *pro se*, hereby requests that (a) Global Consulting, LLC ("Global") prepare and file answers in writing and under oath, to these discovery requests and serve a copy of such answers and/or Documents, via email: mboujana@yahoo.com, upon Mr. Boujana.

## **DEFINITIONS**

1.　　"Affiliates" shall have the meaning ascribed in section 101(2) of the Bankruptcy Code.

1

2.      "And" as well as "Or" shall be construed disjunctively as well as conjunctively, as necessary, to make the request inclusive rather than exclusive and to bring within the scope of the paragraphs and subparagraphs below Documents which might otherwise be construed to be outside the scope of this request.

3.      "Bankruptcy Code" shall mean 11 U.S.C. sections 101-1330 et seq., as amended.

4.      "Claims" shall have the definition provided in section 101(5) of the Bankruptcy Code.

5.      "Claimant" shall mean Plaintiff Mustapha Boujana.

6.      "Communications" means the transmittal of Information (in the form of facts, ideas, inquiries, or otherwise) by any means, including, without limitation, by public or private mail service, facsimile, memorandum, e-mail, telephone voice mail, hand delivery, computer transmission, conversations in person or by telephone.

7.      "Concerning" shall be construed to include pertaining to, relating to, responding to, constituting, comprising, containing, setting forth, summarizing, supporting, reflecting, stating, describing, recording, noting, embodying, mentioning, studying, analyzing, discussing, identifying or evaluating, directly or indirectly, or in any way being relevant to the subject matter.

8.      "Court" shall mean the above-captioned United States Bankruptcy Court for the Middle District of Florida in which this Chapter 11 bankruptcy case is currently pending.

9.      "Creditor" shall have the definition provided in section 101(10) of the Bankruptcy Code.

2

10.     "Global" shall mean Global Consulting, LLC and its past and present Affiliates, Insiders, officers, directors, employees, agents, attorneys, and other representatives.

11.     "Document" is used in its broadest sense and shall be construed to include any and all writings, whether drafts, preliminary, proposed, or final versions, printed, typed, photographed, computer-generated, graphic or recorded matter of every type and description, however and by whomever prepared, produced, reproduced, disseminated or made, in any form, whether sent or received, including, without limitation, originals ( or copies where originals are unavailable) of all writings, letters, e-mail, minutes, correspondence, telegrams, telexes, cables, bulletins, instructions, notes, sound or video recordings of any type, memoranda, inter-office Communications, including memoranda of telephone, personal or intra office conversations and memoranda of meeting or conferences, studies, analyses, reports, catalogues, results of investigations, contracts, licenses, agreements, working papers, statistical records, ledgers, minutes, books of account, vouchers, invoices, charge slips, time sheets or logs, computer diskettes, tapes or data, stenographers notebooks, diaries, desk calendars, financial worksheets, telephone bills or records, graphs, summaries, lists, tabulations, charts, maps, diagrams, blue prints, tables, indices, pictures, advertisements, brochures, pamphlets, circulars, trade letters, press releases, checks, check stubs receipts, invoices, vouchers, tape data sheets or data processing cards or discs, or papers or items similar to any of the foregoing, however denominated, now or at any time in your possession, custody, or control. "Documents" shall also include (i) each copy that is not identical to the

3

original or to any other copy and (ii) any tangible thing that is called for, or identified in response to, any request. Without limiting the term "control" as used above, a Document is deemed to be in the control of the responding party if that party has the right to obtain the Document or a copy thereof from another Person or public or private entity having actual possession thereof.

12.     "Fact" shall include, without limitation, each and every act, omission, transaction, circumstance, contention, occurrence, and event.

13.     "Unsecured Creditor" shall mean a Creditor holding a Claim against the Debtor's bankruptcy estate that is not secured under section 506 or entitled to priority under section 507 of the Bankruptcy Code.

14.     "Identify" means as follows:

(a)     When used in reference to a Person, to state such Person's full name, last known address and telephone number, last known business, last known business address and telephone number, and last known employer and position.

(b)     When used in reference to a Document, to state the type of document  - letter, memorandum, telegram, chart, etc.), its date, its general subject matter, and to identify each Person who prepared it, each Person who received it, and each Person who presently has possession, custody or control of it, or, if none, who last had possession, custody or control of it. If any Document was but no longer is in your possession or control, state what disposition was made of it and identify the Person responsible for said disposition.

4

(c) When used in reference to a **firm**, to state its full name, type of entity (e.g., corporation, partnership, sole proprietorship, joint venture, etc.), its last known address and telephone number, and the nature of its business.

(d) When used in reference to a **Communication**, to state the manner of Communication (e.g., personal meeting, telephone conversation, in writing, etc.), the date of the Communication, the place where the Communication occurred, the general substance of the Communication, and to identify each Person who made the Communication, each Person present at the time said Communication was made, and each Person who received said Communication.

15. "Impaired" shall have the meaning ascribed in section 1124 of the Bankruptcy Code.

16. "Information" shall be expansively construed and shall include, without limitation, facts, data, opinion, images, impressions, concepts and formulas.

17. "Insiders" shall have the meaning ascribed in section 101(31) of the Bankruptcy Code.

18. "Person" shall have the meaning ascribed in section 101(41) of the Bankruptcy Code.

19. "Petition Date" shall mean January 25, 2024, the date on which Global Consulting, LLC commenced the above-captioned bankruptcy.

20.     "Possession" shall mean the possession or control of the Respondent(s), Respondent's agents, employees, representatives, attorneys or any other Person from whom the Respondents might obtain the requested Information or Document.

21.     "Relating to" means constituting, or directly or indirectly evidencing, mentioning, describing, relating to, referring to, pertaining to, being connected with or reflecting upon the stated subject matter.

22.     "Requests" shall mean these written requests.

23.     "You" or "Your" shall mean Respondents.

24.     "Mr. Boujana" shall mean Creditor/Plaintiff Mustapha Boujana.

25.     "PDVSA" shall mean PDVSA Petróleos, S.A. (Venezuela sate owned Petroleum Company)

## INSTRUCTIONS

1.     Respondents are requested to provide all Information, Documents and/or Communications in answer to each request within the knowledge or possession of its agents, attorneys, investigators, or the agents of the foregoing or any other Person who has made such Information known to Respondents or from whom Respondents can obtain such Information. If Respondents do not have certain of the requested Information in their immediate possession, Respondents are requested to make reasonable and diligent efforts to obtain such Information, and to describe such efforts and the results thereof in their answers if the information is not provided.

2.     In the event that any Document, or any portion of any Document, within the scope of a Request is withheld from production upon a claim of privilege, work product, or for any other reason, including, without limitation, such Document was

6

lost, destroyed or otherwise disposed of since its preparation or receipt, you are requested to provide a list identifying each Document so withheld, together with the following no later than May 13, 2024.

a)    a statement constituting the basis for any claim of privilege, work product, or other ground of non-disclosure or non-production;

b)    if, applicable, the full particulars or circumstances whereby the Document was lost, destroyed or otherwise disposed of; and

c)    a brief description of the Document including:

      i.    the type of Document;

      ii.    the date of the Document;

      iii.    the number of pages, attachments, and appendices;

      iv.    the name(s) of its author(s) or preparer(s) and identification by employment and title of each such Person;

      v.    the name(s) of each Person to whom the Document, or a copy thereof, was sent, shown, or made accessible, or to whom it was explained, together with an identification of each such Person;

      vi.    the subject matter of the Document;

      vii.    last custodian of the Document or copies thereof; and

      viii.    the paragraph of this Request to which the Document relates.

3.    In construing a Request, the singular includes the plural and vice versa; the masculine includes the feminine and neuter genders; the past tense includes the present tense where the clear meaning is not destroyed by the change in tense.

4.    Concerning the Documents produced, you shall:

a)    produce them as they are kept in the usual course of business or shall organize and label them to correspond with each numbered

paragraph and each lettered subparagraph of this Request in response to which such Documents are produced;

b)      identify the source of each Document by department, division, and/or Person; and

c)      bates stamp or otherwise provide an identifying code on each Document produced.

5.      If any of the Documents cannot be produced in full, produce to the extent possible, specifying the reasons for the inability to produce the remainder.

6.      If not otherwise specified, the Requests should be construed to require all Information, Documents and/or Communications relevant to a Request for the time period of January 1, 2014 to the date of Respondents' responses to the Requests.

7.      The Requests shall be continuing, and supplemental responses hereto shall be required immediately if Respondents obtain, or learn of the existence of, further or different Information.

8.      In furnishing responses to the Requests, Respondents are cautioned to omit nothing by way of Information or detail; Claimants will assume that, where Information is not provided, it does not exist and where detail is missing, it cannot be provided.

## **<u>REQUESTS FOR ADMISSION</u>**

1.      Admit that on September 15, 2021, you received an email with a "Demand Letter for Immediate Payment" (See **Exhibit – "A"**) attached to, sent by Attorney James Slater on behalf of Mustapha Boujana.

2.      Admit that on September 23, 2021, you responded to the "Letter" with an email including the attachment referenced here (See **Exhibit - "B"**).

3.      Admit that, in response to Exhibit - "B", on September 27, 2021, attorney James Slater sent you another email, opening the door for a potential resolution of the dispute in an effort to avoid litigation in court (See **Exhibit – "C"**).

4.      Admit that on October 1, 2021, you responded with an email including the attachment referenced here (See **Exhibit – "D"**).

5.      Admit that, on October 5, 2016, you received an email (attached here as **Exhibit – "E"**) from Mr. Jesus Benavides, PDVSA's Deputy Director of Exploration and Reservoir Integrated Studies, in which he stated that PDVSA has honored payments to Global Consulting.

6.      Admit that, between October and December 2016, you received funds from PDVSA to pay for Plaintiff's invoices, as mentioned in the email above in item 5.

7.      Admit that you never paid Plaintiff any monies between October 5, 2016, and February 15, 2017.

8.      Admit that, on February 3, 2016, you received a second email (attached here as **Exhibit – "F"**) from Mr. Jesus Benavides, PDVSA's Deputy Director of Exploration and Reservoir Integrated Studies, in which he stated that you should attend Plaintiff's request for payment.

9.      Admit that on February 3, 2017, you contacted Mr. Boujana and asked him to make some minor corrections to his invoices and sign a copy of the Independent Contractor Agreement No. 0252014 ("IC Agreement") for you to make payment for his owed and overdue monies.

10.     Admit that Mr. Boujana asked, at least twice, for the return of the IC Agreement signed by Global Consulting, LLC.

11.     Admit that you never returned to Mr. Boujana a copy of the signed IC Agreement as requested.

12.     Admit that on February 17, 2017, you only paid Mr. Boujana part of his owed monies that you received between October 2016 and February 2017, specifically Boujana's invoices 1, 2, and 4.

13.     Admit that between May 30, 2015, and February 28, 2017, you received payment from PDVSA corresponding at least, to Mr. Boujana's invoices 1, 2, 3, 4, and 5.

14.     Admit that Global Consulting, LLC has not let its "active" status with the Florida Secretary of State lapse between 2017 and the present.

15.     Admit that you have billed Mr. Boujana's work for PDVSA between April 2014 and May 2015, under Contract No. 4600054083 ("GC-Contract") signed between you and PDVSA.

16.     Admit that the GC-Contract was signed for the period between February 3, 2014, and November 30, 2015, with a lump sum amount of US $8,401,048.[23]

17.     Admit that, under the GC-Contract, you billed at least a total amount of US $5,630,754.[85] for the work of contractors including Mr. Boujana.

18.     Admit that you have received, at least, an amount of US $3,507,869.[01] corresponding to contractors' (including Mr. Boujana) work duly performed for PDVSA.

19.     Admit that Global's invoices 0699-2014, 0738-2014, 0739-2014, 0740-2014, 0756-2015, 0757-2015, and 0758-2015, were billed to PDVSA under the concept of "Professional Fees of the Advisor Mustapha Boujana" plus a 10% stipend for Global's administrative work.

20.     Admit that the above-mentioned invoices have been processed for payment by PDVSA's Financial Department with the approval of Mr. Darvis Varela and Mr. Euries Gil (PDVSA's officials tasked with supervision and approval of Mr. Boujana's work) (See **Exhibit – "G"**).

21.     Admit that you knew that Mr. Darvis Varela was Mr. Boujana's Supervisor and the one who was responsible for the approval of his Technical Reports, Timesheets, and Reimbursable Expenses.

22.     Admit that you never paid any monies, either owed or in advance, to Mr. Boujana before February 17, 2017.

23.     Admit that the email attached here within (**Exhibit- "H"**) was the last email you ever sent to Mr. Boujana, since February 23, 2017 to present.

## INTERROGATORIES

**Interrogatory No. 1**

As the principal of Global Consulting, LLC, describe your formal education, including the name of each school attended, the dates when you attended each school, and whether any degree or certificate was obtained from each school.

**ANSWER:**

**Interrogatory No. 2**

Identify with specificity and detail all documentary evidence in your possession, custody, or control related to the defenses and/or affirmative defenses alleged in your response to Plaintiff's Second Amended Complaint. For each item identified, state the full

11

name and address of the record custodian, the location of the document, and the name(s) of all person(s) who have been provided with a copy.

ANSWER:

### Interrogatory No. 3

Please list each and every exhibit that you intend to have admitted into evidence at the time of trial and for each exhibit please state:

a.      The name, professional status, job title, and address of each individual who presently has custody of the original of the exhibit.

b.      The name, address, job title, and professional status of each and every witness from whom you will, at the time of trial, elicit testimony to admit the exhibit as evidence.

ANSWER:

### Interrogatory No. 4

Identify all documents in your possession which support your responses to these interrogatories.

ANSWER:

### Interrogatory No. 5

Provide the full name, professional status, job title, email, phone and address of the official from PDVSA who you contend has lodged with Global Consulting LLC, a formal complaint against Plaintiff for nonperformance, and any formally signed documents that prove such contention.

ANSWER:

### Interrogatory No. 6

For each denial of a material allegation and each special or affirmative defense in your pleadings, state all facts upon which you base the denial or special or affirmative defense.

ANSWER:

### Interrogatory No. 7

Did you ever send any communication to Plaintiff between February 23, 2014 and January 2024? If yes, provide all and any documents containing such communications.

**ANSWER:**

**Interrogatory No. 8**

Except for this action, within the past 10 years, have you been sued by any other independent contractor? If yes, please state the date of each action/charge and the court or administrative entity with whom it was filed.

**ANSWER:**

**Interrogatory No. 9**

Did you ever pay any monies, either in advancements or otherwise to Plaintiff before February 2017? If, yes, for each payment, provide all and any documents in support of such payments.

**ANSWER:**

**Interrogatory No. 10**

While Plaintiff was performing under the IC Agreement between April 2014 and May 2015, did you communicate to PDVSA and/or Plaintiff any nonperformance of Plaintiff that you contend occurred during the specified interval? If yes, provide all and any documents, emails, or other media that prove your contention.

**ANSWER:**

**Interrogatory No. 11**

Did you make any efforts to collect payments from PDVSA in order to pay for Plaintiff's monies? If yes, give details as to when, how many times, and the current status. Provide documents that attest to such efforts.

**ANSWER:**

**Interrogatory No. 12**

Do you contend that Mr. Boujana owes Global any money? If yes identify the amount owed and provide all and any documents, emails, or other media that prove your contention.

**ANSWER:**

13

## DOCUMENT REQUESTS

1)      True copy of the Contract (GC-Contract) between Global Consulting, LLC ("Global") and PDVSA Petróleos, S.A. ("PDVSA") under which you billed Plaintiff's work.

2)      All communications, concerning Plaintiff, between Global and PDVSA, relating to (a) all work performed by Plaintiff for PDVSA, (b) any instructions given to Global by PDVSA related to contracting Plaintiff, (c) all complaints, if any related to Plaintiff, from PDVSA, and (d) any communication that refers to the relation between Plaintiff, Global, and PDVSA.

3)      All communications from PDVSA requesting Global to provide Plaintiff's professional services.

4)      All communications between Global and PDVSA concerning invoices submitted to you by Plaintiff.

5)      All documents relating to the contract attached to the Second Amended Complaint as Exhibit A.

6)      All communications between Global and PDVSA related to any invoices received by you from Plaintiff.

7)      All documents evidencing payments from PDVSA relating to Plaintiff.

8)      All approvals from PDVSA relating to Plaintiff.

9)      All communications and documents related to your statement that "Global Consulting, LLC has been inactive for the last four years, and has no assets."

10)     All of your tax returns, K-1s, and other tax filings for fiscal years 2014 to present.

11)     All balance sheets, profit and loss statements, and financial statements from January 1, 2014, to present.

14

12)    All expert reports, including all drafts and versions of any report, notes, working papers, calculations, diagrams, photographs, models, exhibits, and other documents prepared or reviewed by all witnesses who will offer an expert opinion on your behalf in this lawsuit.

13)    All documents provided or shown to you by any witness who may offer expert opinions in this lawsuit.

14)    All insurance contracts that Global is obligated to have.

15)    All documents, other than those you produced in response to any of the foregoing requests, upon which you rely, or intend to rely, in connection with the allegations asserted by you in this lawsuit.

Dated: April 21, 2024.

By:  /s/ *Mustapha Boujana*
Mustapha Boujana, *pro se*
mboujana@yahoo.com


**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April 2024, a true and correct copy of the foregoing has been furnished via email to the Defendant's attorney Kenneth D. Herron Jr., at chip@herronhilllaw.com; and to Pedro Alfonsi, Global's Principal at pedro.alfonsi@hotmail.com.

By:  /s/ *Mustapha Boujana*
Mustapha Boujana, *pro se*

15

# EXHIBITS RELATED TO REQUEST FOR ADMISSION

# EXHIBIT – "A"

Email with "Demand Letter for Immediate Payment"

## Boujana v. Global Consulting - Demand for Immediate Payment

James M. Slater <james@slater.legal>
Wed 9/15/2021 11:27 AM
To: pedro.alfonsi@hotmail.com <pedro.alfonsi@hotmail.com>

📎 1 attachments (3 MB)
Demand Ltr to Global Consulting.pdf;

Mr. Alfonsi,

Please find the attached correspondence on behalf of Mustapha Boujana. If Global Consulting is
represented by counsel, please forward this correspondence to counsel immediately.

Regards,

**James Slater**
Slater Legal PLLC

+1 (305) 523-9023  |  slater.legal
james@slater.legal

---

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Global's Response to 1st RTP 000058



September 15, 2021

<u>*Via Electronic & Certified Mail*</u>
Global Consulting, LLC
c/o Pedro Alfonsi
13506 Summerport Village Pkwy #409
Windermere, Florida 34786
pedro.alfonsi@hotmail.com

     **Re:**   ***Mustapha Boujana v. Global Consulting LLC***
             <u>**Demand for Immediate Payment**</u>

Mr. Alfonsi:

     I represent Mustapha Boujana, with whom I know you are already familiar. If Global Consulting is represented by counsel, please direct this correspondence to counsel and provide me their contact information so that I may communicate directly with counsel.

     As you know, Global Consulting contracted with Mr. Boujana to serve as a payment administrator for his performance of certain geological work in Venezuela for the benefit of Petróleos de Venezuela, S.A. (PDVSA). *See* Independent Contractor Agreement, attached as **Exhibit A**. Mr. Boujana performed such work throughout 2014 and 2015 at his agreed-upon daily rate of USD $1,450, and Global Consulting was obligated to pay Mr. Boujana for his services irrespective of whether Global Consulting was able to recover ultimate payment from PDVSA. Specifically, between 2014 and 2015 Mr. Boujana worked 193 days for the benefit of PDVSA, entitling him to payment by Global Consulting in the amount of USD $279,850. In or around 2014 and 2015 Mr. Boujana invoiced Global Consulting for this work after rendering services, but you ignored him—presumably because you are based in Florida and Mr. Boujana is based in Morocco and you believed that it would be difficult for him to pursue collection against you. You calculated incorrectly.

     In February 2017—and only after Mr. Boujana lodged complaints directly with PDVSA—you agreed to pay Mr. Boujana the sums due to him in exchange for him revising his invoices and signing another identical independent contractor agreement. Specifically, on or around February 7, 2017, you told Mr. Boujana that there were some discrepancies in his original invoices and that you needed him to correct the invoices so that you could process payment:

*Mustapha Boujana v. Global Consulting*
Page **2** of **3**

---

> 2) Invoice 006 (Octubre 2014): Revisar. Los días trabajados y cantidades en moneda no corresponden con los reflejados en el informe y la hoja de tiempo para el mismo período. Son 11 días. Favor, corregir.
>
> Es muy importante que reciba los originales lo antes posible para poder proceder administrativamente.
>
> Para cualquier aclaratoria, no dudes en contactarme nuevamente.
>
> Saludos cordiales,
> Pedro Alfonsi

Mr. Boujana made the corrections and sent new invoices via DHL. Then, on February 17, 2017, you wrote to Mr. Boujana informing him that you had transferred USD $62,250 to satisfy 3 of the 11 invoices he issued to you:

> El Viernes, 17 de febrero, 2017 0:42:24, Pedro Alfonsi <pedro.alfonsi@hotmail.com> escribió:
>
> Estimado Mustapha,
>
> Se ha transferido a tu cuenta la cantidad de USD 65,250.00 por concepto de facturas 001, 002, 004. En las próximas horas deberás recibir un email de notificación del banco por esta transacción. Favor, confirmar por esta misma vía la recepción de los fondos tan pronto recibas la transferencia.
>
> Saludos cordiales,
>
> Pedro Alfonsi

When Mr. Boujana asked you why you were only paying 3 of the 11 invoices, you responded that you were negotiating with PDVSA to continue making payments—that PDVSA was improving its cash flow and would honor Mr. Boujana's payments as soon as possible:

> To: Mustapha Boujana <mboujana@yahoo.com>
> Subject: Re: Mustapha Boujana Honorarios Profesionales PDVSA.
>
> Buenas tardes Mustapha,
>
> Gracias por confirmar. Pensé que PDVSA te había informado que lo que se pagó realmente fue un pago parcial. Estamos negociando con ellos para que se continúen abonando pagos. Las noticias en materia petrolera son alentadoras. Aparentemente, PDVSA está mejorando su flujo de caja y ellos están concientes y propuestos a honrar dichos pagos lo antes posible. Como te expliqué telefónicamente, hay posibilidades allá y ellos quieren normalizar todo.
>
> Saludos cordiales,
>
> Pedro Alfonsi

*Mustapha Boujana v. Global Consulting*
Page **3** of 3

Yet, PDVSA is not a party to your agreement with Mr. Boujana—you, and solely you, were and remain obligated to pay my client. The agreement states that PDVSA will approve timesheets, technical reports, and invoices, but not that PDVSA must pay Global Consulting prior to you paying Mr. Boujana. *See* Ex. A § 1. Specifically, Exhibit A section 1 of the Independent Contractor Agreement provides that:

> [PDVSA] final approval of the timesheet, technical report, as well as the invoice of professional services paid to [Global Consulting] by [PDVSA], in accordance to such timesheet, and technical report of the services performed, are mandatory in order to process or make any professional fee payments to [Mr. Boujana].

In interpreting a contract, "the words used by the parties must be given their plain and ordinary meaning." *Beans v. Chohonis*,740 So.2d 65, 67 (Fla. 3d DCA 1999). The cardinal rule of contract interpretation is that when the language of a contract is clear and unambiguous, the contract must be interpreted and enforced in accordance with the plain meaning." *R.J. Reynolds Tobacco Co. v. Webb*, 187 So. 3d 388, 392 (Fla. 1st DCA 2016). A contract "should be considered as a whole in determining the intention of the parties to the instrument." *Bucacci v. Boutin*, 933 So.2d 580, 585 (Fla. 3d DCA 2006) (citation omitted). And "a court must construe a contract in a manner that accords with reason and probability; and avoid an absurd construction." *Kipp v. Kipp*, 844 So.2d 691, 693 (Fla. 4th DCA 2003).

Here, the contract states merely that PDVSA must approve the invoice and supporting documents prior to you processing or making payment to my client. This is unambiguous and clear and has occurred in this instance—my client invoiced you, PDVSA approved payment, and therefore payment should have been made in full. *See* PDVSA approval, attached as **Exhibit B**. Despite doing everything properly, Global Consulting failed to act. When you did act in 2017, you requested that my client generate and resubmit corrected invoices, which *then* became due and payable under the contract. By paying a portion but not all of the amount that was due in 2017, you breached the contract and damaged my client. *See DNA Sports Performance Lab, Inc. v. Club Atlantis Condo. Ass'n, Inc.*, 219 So. 3d 107, 109 (Fla. 3d DCA 2017). Accordingly, at present you owe Mr. Boujana USD $214,600 for professional services based on his 2017 invoices. In the event you fail to make payment in full for the outstanding invoices by **no later than 5:00 p.m. eastern time on September 30, 2021**, my client has authorized this law firm to file suit to recover the unpaid amounts due and owing under the contract. This letter is without prejudice to my client's rights or remedies at law or in equity, all of which are expressly reserved.

Sincerely,
Slater Legal PLLC

James Slater

# EXHIBIT – "B"

Global's first response to "Demand Letter for Immediate Payment"

# *Global Consulting, LLC*

September 22, 2021

James Slater
Slater Legal PLLC
Via email

Dear Mr. Slater,

This is in response to your "Demand for Immediate Payment" letter dated September 15, 2021.

Global Consulting, LLC completely denies all the claims, allegations, and accusations in your letter. The independent contractor agreement 0252014 between Global Consulting, LLC and Mustapha Boujana clearly states that Mr. Boujana would only be paid upon Global Consulting, LLC receiving payments from PDVSA. Global Consulting, LLC has not received payment for the invoices submitted since February 2017. Therefore, Global Consulting, LLC is not obligated to pay Mr. Boujana.

I would also point out that Global Consulting, LLC has been inactive for the last four years, and has no assets.

Sincerely,

Pedro Alfonsi
Global Consulting, LLC

_____13506 Summerport Village Pkwy Windermere, FL 34786_____

# EXHIBIT – "C"

Second Email related to "Demand Letter for Immediate Payment" and offer for settlement

**Re: Boujana v. Global Consulting - Demand for Immediate Payment**

James M. Slater <james@slater.legal>
Tue 9/28/2021 9:35 AM
To: Pedro Alfonsi <pedro.alfonsi@hotmail.com>

Mr. Alfonsi:

If either you or Global Consulting is represented by counsel, please forward this correspondence to counsel and immediately inform me of the same.

I have reviewed your letter. I strongly disagree with your view, which is belied by the plain language of the contract and parties' intent. In an effort to avoid litigation costs, it may be mutually beneficial to discuss a potential resolution to this dispute. Otherwise, my client has authorized my law firm to sue Global Consulting and to investigate whether the company exists or existed as your alter ego for purposes of your own culpability. Please advise if you are interested in having such a discussion. If I do not hear back from you or your counsel by the end of this week, I will assume that you are not interested in resolving this dispute and we will proceed accordingly.

Regards,

James Slater

On Thu, Sep 23, 2021, 17:33 Pedro Alfonsi <pedro.alfonsi@hotmail.com> wrote:
   Dear Mr. Slater,
   See attachment.
   Sincerely,
   Pedro Alfonsi
   Global Consulting, LLC



# EXHIBIT – "D"

Global's second response to "Demand Letter for
Immediate Payment"

# *Global Consulting, LLC*

September 30, 2021

James Slater
Slater Legal PLLC
Via email

Dear Mr. Slater,

This is in response to your email dated September 28, 2021.

Global Consulting, LLC is not represented by legal counsel, and it is not able to afford to hire an attorney. As far as I am concerned, there is no dispute from my point of view. Global Consulting, LLC has agreed to pay Mr. Boujana his fees when it collects the money from PDVSA. Perhaps you can direct your efforts and legal expertise to collect the funds from PDVSA.

Sincerely,

Pedro Alfonsi
Global Consulting, LLC

_____13506 Summerport Village Pkwy Windermere, FL 34786_____

# EXHIBIT – "E"

First Email from PDVSA's Official to Global/Alfonsi

**From:** JESUS BENAVIDES <BENAVIDESJ@PDVSA.COM>
Sent: Wednesday, October 5, 2016 2:26 PM
**To:** pedro.alfonsi@hotmail.com; jecabellom@gmail.com
Cc: Mustapha Boujana; EURIES GIL; CAROLINA CARPIO
**Subject: Rm: Information about Professional Fees payment**

Good afternoon

Dear Pedro Alfonsi, first of all, a cordial greeting, regarding Mr. Mustapha's request, PDVSA honored commitments to Global Consultin that allow determined payment to be made to Mr. Mustapha.

Best regards
Jesús Benavides.
Telephone: 95- 7 4682 / 04166805536.
Exploration and Integrated Reservoir Studies.

----- Sent by JESUS BENAVIDES/BENAVIDESJ/EP/PDVSA dated 05/10/2016 02:19 p.m. -----

*Global's Response to 2nd Amended RTP 000082*

---

**From:** JESUS BENAVIDES <BENAVIDESJ@PDVSA.COM>
**Sent:** Wednesday, October 5, 2016 2:26 PM
**To:** pedro.alfonsi@hotmail.com; jecabellom@gmail.com
**Cc:** Mustapha Boujana; EURIES GIL; CAROLINA CARPIO
**Subject:** Rm: Información sobre pagos de Honorarios

Buenas tardes,

Estimado Pedro Alfonsi, ante todo un saludo cordial, referente a la solicitud del Sr. Mustapha, PDVSA honro compromisos a Global Consultin que permiten realizar determinado pago al Sr. Mustapha.

Saludos,

Jesús Benavides.
Teléf.: 95- 74682 / 04166805536.
Exploración y Estudios Integrados de Yacimientos.

----- Remitido por JESUS BENAVIDES/BENAVIDESJ/EP/PDVSA con fecha 05/10/2016 02:19 p.m. -----

Global's Response to 2nd Amended RTP 000082

# EXHIBIT – "F"

Second Email from PDVSA's Official to Global/Alfonsi

**From:** JESUS BENAVIDES <BENAVIDESJ@PDVSA.COM>
Sent: Friday, February 3, 2017 5:30 PM
**To:** pedro.alfonsi@hotmail.com
Subject: Rm: Mustapha Boujana PDVSA Professional Fees.

Dear Pedro, first of all, a cordial greeting, take care of this case. Please check your finances, you should have received a deposit in this regard.

Best regards

Jesús Benavides.
Phone: 95- 74682 / 04166805536.
Exploration and Integrated Studies of Reservoirs.

----- Sent by JESUS BENAVIDES/BENAVIDESJ/EP/PDVSA dated 03/02/2017 06:26 p.m. -----

Mustapha Boujana
<mboujana@yahoo.com> 01/29/2017 06:56 PM

Please reply to
Mustapha Boujana
<mboujana@yahoo.com>

*Global's Response to 2nd Amended RTP 000080*

**From:** JESUS BENAVIDES <BENAVIDESJ@PDVSA.COM>
**Sent:** Friday, February 3, 2017 5:30 PM
**To:** pedro.alfonsi@hotmail.com
**Subject:** Rm: Mustapha Boujana Honorarios Profesionales PDVSA.

Estimado Pedro, ante todo un saludo cordial,   atender este caso.  Por favor revisar, tu finanzas debes haber recibido un deposito al respecto.

Saludos,

Jesús Benavides.
Teléf.: 95- 74682 / 04166805536.
Exploración y Estudios Integrados de Yacimientos.

----- Remitido por JESUS BENAVIDES/BENAVIDESJ/EP/PDVSA con fecha 03/02/2017 06:26 p.m. -----
Mustapha Boujana
<mboujana@yahoo.com>                        Para  "pedro.alfonsi@hotmail.com"
29/01/2017 06:56 p.m.                              <pedro.alfonsi@hotmail.com>
                                                        cc
                                                  Asunto  Mustapha Boujana Honorarios
                                                          Profesionales PDVSA.

Por favor, responda a
Mustapha Boujana
<mboujana@yahoo.com>

Global's Response to 2nd Amended RTP 000080

# EXHIBIT – "G"

Global's invoices processed by PDVSA Financial Department

**CERTIFIED TRANSLATION FROM SPANISH TO ENGLISH**

| | | |
|---|---|---|
| | Exploration and Production<br>Local Eastern Support<br>+ +CVR + MAIL5V/FPDVSALOCVR  CVR | |

| | | | |
|---|---|---|---|
| Purchasing organization PCC0 | | **Entry of Service sheet.** | |
| Building PDVA Exploración y Producción | | Number/Date | |
| Av. Alirio Ugarte Pelayo, Maturín 6201 | | 1005832353 / 09.04.2014 | |
| Edo. Monagas | | Period / Position / Date | |
| Phone number. (0291) 6406103 | | 4502429147 / 1 / 08.19.2014 | |
| | | Our responsible | |
| R.I.F.: Branch: 1 | | DARVIS VAREL | |
| GLOBAL CONSULTING LLC | | Your Provider Number in our company | |
| P.O. Box: NONE | | | |
| 1 CARACAS | | | |
| VENEZUELA | | Your Number | |
| | | **A-PF-0699-2014** | |
| Place of provision of services | | Your Responsible | |
| PUERTO LA CURZ | | GLOBAL | |
| Term | | | |
| **07.01.2014 - 07.31.2014** | | | |
| **Final Entry:** | | | |
| No. PF 0699-2014 PROFESSIONAL FEES MUSTAPHA BOUJANA | | | |

| |
|---|
| INVOICE No. **0699-2014** CORRESPONDING TO<br>PROFESSIONAL FEES OF THE ADVISOR MUSTAPHA BOUJANA 48 M/H + 10% STIPEND<br>CECO:101322226<br>DEDUCT THE 10% CORRESPONDING TO THE FAITHFUL PERFORMANCE BOND |

| Service Line | Quantity | Denomination | Unit Price USD | Net Value USD |
|---|---|---|---|---|
| 10 | 48 | Professional Honoraries P10<br>H/H (Man Hours) | 373.95 | 17,949.60 |
| 20 | 1,794.96 | STIPEND (USD10%)<br>SG | 1 | 1,794.96 |
| | | | | |
| | | | **Total Value without Sales Tax USD** | **19,744.56** |
| | | | Part Not Planned  USD | 0.00 |
| | | | | |
| | | | *Global's Response to 2nd Amended RTP 000073* | |

**Certified Translation by Vanessa Caetano**
**A member of the American Translators Association (ATA),**
**A member of ATA Spanish Language Division, Member of ATA No. 269049**

Exploración y Producción
Local Oriente Soporte
+ +CVR +MAIL5V/FPDVSALOCVR   CVR

Organización de Compra PCCO
Edif. PDVSA Exploración y
Producción
Av. Alirio Ugarte Pelayo, Maturín
6201,
Edo. Monagas
tlf. (0291) 6406103

**R.I.F.: Sucursal:    1**
GLOBAL CONSULTING LLC
Apartado NO TIENE
1 CARACAS
VENEZUELA

Lugar prestación del Servicio
PUERTO LA CRUZ
Período
01.07.2014 - 31.07.2014

**Hoja de Entrada de Servicios**

Número/Fecha
1005832353 / 04.09.2014
Pedido / Posición / Fecha
4502429147 / 1 / 19.08.2014
Nuestro Responsable
DARVIS VAREL
Su n° Proveedor en nuestra empr.

Su Número
A-PF-0699-2014
Su Persona Responsable
GLOBAL

**Entrada Final: No**
PF 0699-2014 HONORARIOS MUSTAPHA BOUJANA

PROFORMA 0699-2014 CORRESPONDIENTES A HONORARIOS PROFESIONALES DEL
ASESOR MUSTAPHA BOUJANA
48 H/H.+10%ESTIPENDIO
CECO:101322226
DESCONTAR EL 10% CORRESPONDIENTE A LA FIANZA DE FIEL CUMPLIMIENTO

| Línea | Servicio | Cantidad | Denominación Unidad | Precio Unitario USD | Valor Neto USD |
|-------|----------|----------|---------------------|---------------------|----------------|
| 10 | | 48 | HONORARIOS PROFESIONALES P10 H/H | 373,95 | 17.949,60 |
| 20 | | 1.794,960 | ESTIPENDIO (USD 10%) SG | 1,00 | 1.794,96 |

| | | |
|---|---|---|
| **Valor Total sin IVA** USD | | 19.744,56 |
| **Parte no Planificada** USD | | 0,00 |

Global's Response to 2nd Amended RTP 000073

CERTIFIED TRANSLATION FROM SPANISH TO ENGLISH

**CERTIFICATION OF TRANSLATION**

I hereby certify that, to the best of my knowledge, the foregoing is an accurate translation from the Spanish into the English language, made by the undersigned, who is conversant with both languages. Although full attention has been given to producing a reliable translation, the undersigned shall not be held liable for any misinterpretation or error in this translation other than to provide upon demand a revision, correcting any such misinterpretation or error.

The statements in the English language in the attached translation have the same meaning as the statements in the Spanish language in the document that I have examined.

Signed in Orlando, Florida, this 25th Day of January 2024

**Vanessa Caetano Professional Translator**
**4423 S. Kirkman rd.**
**Orlando, FL 32811**
**321-304-1869**
**traducoesdedocumentos@gmail.com**

Member of the American Translators Association – ATA, of ATA Spanish Language Division, Member of ATA No. 269049

Signature: _____
Vanessa Caetano, Professional Translator

Certified Translation by Vanessa Caetano
A member of the American Translators Association (ATA),
A member of ATA Spanish Language Division, Member of ATA No. 269049

**CERTIFIED TRANSLATION FROM SPANISH TO ENGLISH**

| Exploration and Production<br>Local Eastern Support<br>+ +CVR + MAIL5V/FPDVSALOCVR  CVR | |
|---|---|
| Purchasing organization PCC0 | **Entry of Service sheet.** |
| Building PDVA Exploración y Producción | Number/Date |
| Av. Alirio Ugarte Pelayo, Maturín 6201 | 1006003932 / 12.29.2014 |
| Edo. Monagas | Period / Position / Date |
| Phone number. (0291) 6406103 | 4502429147 / 1 / **08.19.2014** |
| | Our responsible |
| R.I.F.: Branch: 1 | EURIES GIL |
| GLOBAL CONSULTING LLC | Your Provider Number in our company |
| P.O. Box: NONE | |
| 1 CARACAS | |
| VENEZUELA | Your Number |
| | **A-PF-0738-2014** |
| Place of provision of services | Your Responsible |
| PUERTO LA CURZ | GLOBAL |
| Term | |
| **09.01.2014 - 09.30.2014** | |
| **Final Entry:** | |
| No. **PF 0738-2014** PROFESSIONAL FEES MUSTAPHA BOUJANA | |

| INVOICE NO. 0738-2014 CORRESPONDING TO<br>PROFESSIONAL FEES OF THE ADVISOR MUSTAPHA BOUJANA 176 M/H + 10% STIPEND<br>CECO:101322226<br>DEDUCT THE 10% CORRESPONDING TO THE FAITHFUL PERFORMANCE BOND |
|---|

| Service Line | Quantity | Denomination | Unit Price USD | Net Value USD |
|---|---|---|---|---|
| 10 | 176 | Professional Honoraries P10<br>H/H (Man Hours) | 373.95 | 65,815.20 |
| 20 | 6,581.52 | SPTIPEND (USD10%)<br>SG | 1 | 6,581.52 |
| | | | | |
| | | | **Total Value without Sales Tax USD** | 72,396.72 |
| | | | **Part Not Planned  USD** | 0.00 |
| | | | | |
| | | | *Global's Response to 2nd Amended RTP 000070* | |

Certified Translation by Vanessa Caetano
A member of the American Translators Association (ATA),
A member of ATA Spanish Language Division, Member of ATA No. 269049

Exploración y Producción
Local Oriente Soporte
++CVR +MAIL6V/FPDVSALOCVR   CVR

Organización de Compra PCCO
Edif. PDVSA Exploración y
Producción
Av. Alirio Ugarte Pelayo, Maturín
6201,
Edo. Monagas
tlf. (0291) 6406103

R.I.F.  Sucursal:   1
GLOBAL CONSULTING LLC
Apartado NO TIENE
1 CARACAS
VENEZUELA

Lugar prestación del Servicio
PUERTO LA CRUZ
Período
01.09.2014 - 30.09.2014

**Hoja de Entrada de Servicios**

Número/Fecha
1006003932 / 29.12.2014
Pedido / Posición / Fecha
4502429147 / 1 / 19.08.2014
Nuestro Responsable
EURIES GIL
Su nº Proveedor en nuestra empr.

Su Número
A-PF-0738-2014
Su Persona Responsable
GLOBAL

**Entrada Final:** No
PF 0738-2014 HONORARIOS MUSTAPHA BOUJANA

PROFORMA 0738-2014 CORRESPONDIENTES A HONORARIOS PROFESIONALES DEL
ASESOR MUSTAPHA BOUJANA
176 H/H +10%ESTIPENDIO
CECO:101322226
DESCONTAR EL 10% CORRESPONDIENTE A LA FIANZA DE FIEL CUMPLIMIENTO

| Línea | Servicio | Cantidad | Denominación Unidad | Precio Unitario USD | Valor Neto USD |
|---|---|---|---|---|---|
| 10 | | 176 | HONORARIOS PROFESIONALES P10 H/H | 373,95 | 65.815,20 |
| 20 | | 6.581,520 | ESTIPENDIO (USD 10%) SG | 1,00 | 6.581,52 |

|  |  |
|---|---|
| Valor Total sin IVA USD | 72.396,72 |
| Parte no Planificada USD | 0,00 |

CERTIFIED TRANSLATION FROM SPANISH TO ENGLISH

## CERTIFICATION OF TRANSLATION

I hereby certify that, to the best of my knowledge, the foregoing is an accurate translation from the Spanish into the English language, made by the undersigned, who is conversant with both languages. Although full attention has been given to producing a reliable translation, the undersigned shall not be held liable for any misinterpretation or error in this translation other than to provide upon demand a revision, correcting any such misinterpretation or error.

The statements in the English language in the attached translation have the same meaning as the statements in the Spanish language in the document that I have examined.

Signed in Orlando, Florida, this 25th Day of January 2024

**Vanessa Caetano Professional Translator**
**4423 S. Kirkman rd.**
**Orlando, FL 32811**
**321-304-1869**
**traducoesdedocumentos@gmail.com.**

Member of the American Translators Association – ATA), of ATA Spanish Language Division, Member of ATA No. 269049

Signature: _Vanessa Caetano_
Vanessa Caetano, Professional Translator

Certified Translation by Vanessa Caetano
A member of the American Translators Association (ATA),
A member of ATA Spanish Language Division, Member of ATA No. 269049

**CERTIFIED TRANSLATION FROM SPANISH TO ENGLISH**

| | | |
|---|---|---|
| | Exploration and Production<br>Local Eastern Support<br>+ +CVR + MAIL5V/FPDVSALOCVR  CVR | |

| | | |
|---|---|---|
| Purchasing organization PCC0 | | **Entry of Service sheet.** |
| Building PDVA Exploración y Producción | | Number/Date |
| Av. Alirio Ugarte Pelayo, Maturín 6201 | | 1006003956 / 12.29.2014 |
| Edo. Monagas | | Period / Position / Date |
| Phone number. (0291) 6406103 | | 4502429147 / 1 / 08.19.2014 |
| | | Our responsible |
| R.I.F.: Branch: 1 | | EURIES GIL |
| GLOBAL CONSULTING LLC | | Your Provider Number in our company |
| P.O. Box: NONE | | |
| 1 CARACAS | | |
| VENEZUELA | | Your Number |
| | | A-PF-0739-2014 |
| Place of provision of services | | Your Responsible |
| PUERTO LA CURZ | | GLOBAL |
| Term | | |
| 10.01.2014 - 10.31.2014 | | |
| **Final Entry:** | | |
| No. **PF 0739-2014** PROFESSIONAL FEES MUSTAPHA BOUJANA | | |

INVOICE NO. **0739-2014** CORRESPONDING TO
PROFESSIONAL FEES OF THE ADVISOR MUSTAPHA BOUJANA 88 M/H + 10% STIPEND
CECO:101322226
DEDUCT THE 10% CORRESPONDING TO THE FAITHFUL PERFORMANCE BOND

| Service Line | Quantity | Denomination | Unit Price USD | Net Value USD |
|---|---|---|---|---|
| 10 | 88 | Professional Honoraries P10 | 373.95 | 32,907.60 |
| | | H/H (Man Hours) | | |
| 20 | 3,290.76 | SPTIPEND (USD10%) | 1 | 3,290.76 |
| | | SG | | |
| | | | | |
| | | | **Total Value without Sales Tax USD** | 36,198.36 |
| | | | **Part Not Planned  USD** | 0.00 |
| | | | | |
| | | | *Global's Response to 2nd Amended RTP 000078* | |

Certified Translation by Vanessa Caetano
A member of the American Translators Association (ATA)
A member of ATA Spanish Language Division, Member of ATA No. 269049

Exploración y Producción
Local Oriente Soporte
++CVR +MAIL5V/FPDVSALOCVR   CVR

Organización de Compra PCC0
Edif. PDVSA Exploración y
Producción
Av. Alirio Ugarte Pelayo, Maturín
6201,
Edo. Monagas
tlf. (0291) 6406103

**R.I.F.: Sucursal: 1**
GLOBAL CONSULTING LLC
Apartado NO TIENE
1 CARACAS
VENEZUELA

Lugar prestación del Servicio
PUERTO LA CRUZ
Período
01.10.2014 - 31.10.2014

| Hoja de Entrada de Servicios |
|---|
| Número/Fecha |
| 1006003956 / 29.12.2014 |
| Pedido / Posición / Fecha |
| 4502429147 / 1 / 19.08.2014 |
| Nuestro Responsable |
| EURIES GIL |
| Su n° Proveedor en nuestra empr. |

Su Número
A-PF-0739-2014
Su Persona Responsable.
GLOBAL

**Entrada Final:** No
PF 0739-2014 HONORARIOS MUSTAPHA BOUJANA

PROFORMA 0739-2014 CORRESPONDIENTES A HONORARIOS PROFESIONALES DEL
ASESOR MUSTAPHA BOUJANA
88 H/H +10%ESTIPENDIO
CECO:101322226
DESCONTAR EL 10% CORRESPONDIENTE A LA FIANZA DE FIEL CUMPLIMIENTO

| Línea | Servicio | Cantidad | Denominación Unidad | Precio Unitario USD | Valor Neto USD |
|---|---|---|---|---|---|
| 10 | | 88 | HONORARIOS PROFESIONALES P10 H/H | 373,95 | 32.907,60 |
| 20 | | 3.290,760 | ESTIPENDIO (USD 10%) SG | 1,00 | 3.290,76 |

**Valor Total sin IVA** USD  36.198,36
**Parte no Planificada** USD  0,00

Global's Response to 2nd Amended RTP 000078

**CERTIFIED TRANSLATION FROM SPANISH TO ENGLISH**

## CERTIFICATION OF TRANSLATION

I hereby certify that, to the best of my knowledge, the foregoing is an accurate translation from the Spanish into the English language, made by the undersigned, who is conversant with both languages. Although full attention has been given to producing a reliable translation, the undersigned shall not be held liable for any misinterpretation or error in this translation other than to provide upon demand a revision, correcting any such misinterpretation or error.

The statements in the English language in the attached translation have the same meaning as the statements in the Spanish language in the document that I have examined.

Signed in Orlando, Florida, this 25th Day of January 2024

**Vanessa Caetano Professional Translator**
**4423 S. Kirkman rd.**
**Orlando, FL 32811**
**321-304-1869**
**traducoesdedocumentos@gmail.com.**

Member of the American Translators Association – ATA), of ATA Spanish Language Division, Member of ATA No. 269049

Signature: _Vanessa Caetano_

Vanessa Caetano, Professional Translator

Certified Translation by Vanessa Caetano
A member of the American Translators Association (ATA),
A member of ATA Spanish Language Division, Member of ATA No. 269049

**CERTIFIED TRANSLATION FROM SPANISH TO ENGLISH**

| Exploration and Production Local Eastern Support + +CVR + MAIL5V/FPDVSALOCVR  CVR | | |
|---|---|---|
| Purchasing organization PCC0 | **Entry of Service sheet.** | |
| Building PDVA Exploración y Producción | Number/Date | |
| Av. Alirio Ugarte Pelayo, Maturín 6201 | 1006003895 / 12.29.2014 | |
| Edo. Monagas | Period / Position / Date | |
| Phone number. (0291) 6406103 | 4502429147 / 1 / 08.19.2014 | |
| | Our responsible | |
| R.I.F.: Branch: 1 | EURIES GIL | |
| GLOBAL CONSULTING LLC | Your Provider Number in our company | |
| P.O. Box: NONE | | |
| 1 CARACAS | | |
| VENEZUELA | Your Number | |
| | A-PF-0740-2014 | |
| Place of provision of services | Your Responsible | |
| PUERTO LA CURZ | GLOBAL | |
| Term | | |
| 11.01.2014 - 12.12.2014 | | |
| **Final Entry:** | | |
| No. **PF 0740-2014** PROFESSIONAL FEES MUSTAPHA BOUJANA | | |

INVOICE NO. **0740-2014** CORRESPONDING TO
PROFESSIONAL FEES OF THE ADVISOR MUSTAPHA BOUJANA 240 M/H + 10% STIPEND
CECO:101322226
DEDUCT THE 10% CORRESPONDING TO THE FAITHFUL PERFORMANCE BOND

| Service Line | Quantity | Denomination | Unit Price USD | Net Value USD |
|---|---|---|---|---|
| 10 | 240 | Professional Honoraries P10 | 373.95 | 89,748.00 |
| | | H/H (Man Hours) | | |
| 20 | 8,974.80 | SPTIPEND (USD10%) | 1 | 8,974.80 |
| | | SG | | |
| | | | | |
| | | | **Total Value without Sales Tax USD** | 98,722.80 |
| | | | **Part Not Planned  USD** | 0.00 |
| | | | | |
| | | | *Global's Response to 2nd Amended RTP 000077* | |

Certified Translation by Vanessa Caetano
A member of the American Translators Association (ATA),
A member of ATA Spanish Language Division, Member of ATA No. 269049

Exploración y Producción
Local Oriente Soporta
+ +CVR  +MAIL5V/FPDVSALOCVR   CVR

Organización de Compra PCC0
Edif. PDVSA Exploración y
Producción
Av. Alirio Ugarte Pelayo, Maturín
6201,,
Edo. Monagas
tlf. (0291) 6406103

**R.I.F.:  Sucursal:   1**
GLOBAL CONSULTING LLC
Apartado NO TIENE
1 CARACAS
VENEZUELA

Lugar prestación del Servicio
PUERTO LA CRUZ
Período
01.11.2014 - 12.12.2014

| Hoja de Entrada de Servicios |
|---|
| Número/Fecha |
| 1006003895 / 29.12.2014 |
| Pedido / Posición / Fecha |
| 4502429147 / 1 / 19.08.2014 |
| Nuestro Responsable |
| EURIES GIL |
| Su nº Proveedor en nuestra empr. |

Su Número
A-PF-0740-2014
Su Persona Responsable
GLOBAL

**Entrada Final:** No
PF 0740-2014 HONORARIOS MUSTAPHA BOUJANA

PROFORMA 0740-2014 CORRESPONDIENTES A HONORARIOS PROFESIONALES DEL
ASESOR MUSTAPHA BOUJANA
240 H/H +10%ESTIPENDIO
CECO:101322226
DESCONTAR EL 10% CORRESPONDIENTE A LA FIANZA DE FIEL CUMPLIMIENTO

| Línea | Servicio | Cantidad | Denominación Unidad | Precio Unitario USD | Valor Neto USD |
|---|---|---|---|---|---|
| 10 | | 240 | HONORARIOS PROFESIONALES P10 H/H | 373,95 | 89.748,00 |
| 20 | | 8.974,800 | ESTIPENDIO (USD 10%) SG | 1,00 | 8.974,80 |

**Valor Total sin IVA** USD    98.722,80
**Parte no Planificada** USD      0,00

Global's Response to 2nd Amended RTP 000077

CERTIFIED TRANSLATION FROM SPANISH TO ENGLISH

## CERTIFICATION OF TRANSLATION

I hereby certify that, to the best of my knowledge, the foregoing is an accurate translation from the Spanish into the English language, made by the undersigned, who is conversant with both languages. Although full attention has been given to producing a reliable translation, the undersigned shall not be held liable for any misinterpretation or error in this translation other than to provide upon demand a revision, correcting any such misinterpretation or error.

The statements in the English language in the attached translation have the same meaning as the statements in the Spanish language in the document that I have examined.

Signed in Orlando, Florida, this 2 5th Day of *January 2024*

**Vanessa Caetano Professional Translator**
**4423 S. Kirkman rd.**
**Orlando, FL 32811**
**321-304-1869**
**traducoesdedocumentos@gmail.com.**

Member of the American Translators Association – ATA), of ATA Spanish Language Division, Member of ATA No. 269049

Signature: _Vanessa Caetano_

Vanessa Caetano, Professional Translator

Certified Translation by Vanessa Caetano
A member of the American Translators Association (ATA),
A member of ATA Spanish Language Division, Member of ATA No. 269049

## CERTIFIED TRANSLATION FROM SPANISH TO ENGLISH

| | | | |
|---|---|---|---|
| | Exploration and Production<br>Local Eastern Support<br>+ +CVR + MAIL5V/FPDVSALOCVR  CVR | | |
| Purchasing organization PCC0 | | | **Entry of Service sheet.** |
| Building PDVA Exploración y Producción | | | Number/Date |
| Av. Alirio Ugarte Pelayo, Maturín 6201 | | | 1006469685 / 12.21.2014 |
| Edo. Monagas | | | Period / Position / Date |
| Phone number. (0291) 6406103 | | | 4502429147 / 1 / 08.19.2014 |
| | | | Our responsible |
| R.I.F.: Branch: 1 | | | DARVIS VAREL |
| GLOBAL CONSULTING, LLC | | | Your Provider Number in our company |
| P.O. Box: NONE | | | |
| 1 CARACAS | | | |
| VENEZUELA | | | Your Number |
| | | | **A-PF-0756-2015** |
| Place of provision of services | | | Your Responsible |
| PUERTO LA CURZ | | | GLOBAL |
| Term | | | |
| 01.12.2015 - 02.28.2015 | | | |
| Final Entry: | | | |
| No. **PF 0756-2015** PROFESSIONAL FEES MUSTAPHA BOUJANA | | | |

| |
|---|
| INVOICE NO. **0756-2015** CORRESPONDING TO |
| PROFESSIONAL FEES OF THE ADVISOR MUSTAPHA BOUJANA 280 M/H + 10% STIPEND |
| |
| NOTE: DEDUCT THE 10% CORRESPONDING TO THE FAITHFUL PERFORMANCE BOND |

| Service Line | Quantity | Denomination | Unit Price USD | Net Value USD |
|---|---|---|---|---|
| 10 | 280 | Professional Honoraries P10<br>H/H (Man Hours) | 373.95 | 104,706.00 |
| 20 | 10,470.60 | SPTIPEND (USD10%)<br>SG | 1 | 10,470.60 |
| | | | | |
| | | | **Total Value without Sales Tax USD** | 115,176.60 |
| | | | **Part Not Planned  USD** | 0.00 |
| | | | | |
| | | | *Global's Response to 2nd Amended RTP 000076* | |

**Certified Translation by Vanessa Caetano**
**A member of the American Translators Association (ATA),**
**A member of ATA Spanish Language Division, Member of ATA No. 269049**

Exploración y Producción
Local Oriente Soporte
+ +CVR +MAIL5V/FPDVSALOCVR    CVR

Organización de Compra PCC0
Edif. PDVSA Exploración y
Producción
Av. Alirio Ugarte Pelayo, Maturín
6201,
Edo. Monagas
tlf. (0291) 6406103

**R.I.F.: Sucursal:** 1
GLOBAL CONSULTING LLC
Apartado NO TIENE
1 CARACAS
VENEZUELA

Lugar prestación del Servicio
PUERTO LA CRUZ-ANZOATEGUI
Período
12.01.2015 - 28.02.2015

**Entrada Final:** No
PF-0756-2015 HP  MUSTAPHA BOUJANA

| Hoja de Entrada de Servicios |
|---|
| Número/Fecha |
| 1006469685 / 21.12.2015 |
| Pedido / Posición / Fecha |
| 4502429147 / 1 / 19.08.2014 |
| Nuestro Responsable |
| DARVIS VAREL |
| Su nº Proveedor en nuestra empr. |

Su Número
A-PF-0756-2015
Su Persona Responsable
GLOBAL

PROFORMA 0756-2015CORRESPONDIENTES A HONORARIOS PROFESIONALES DEL
ASESOR MUSTAPHA BOUJANA.
280 H/H + 10% ESTIPENDIO

NOTA: FAVOR DESCONTAR EL 10% CORRESPONDIENTE A LA FIANZA DE FIEL
CUMPLIMIENTO.

| Línea | Servicio | Cantidad | Denominación Unidad | Precio Unitario USD | Valor Neto USD |
|---|---|---|---|---|---|
| 10 | | 280 | HONORARIOS PROFESIONALES P10 H/H | 373,95 | 104.706,00 |
| 20 | | 10.470,600 | ESTIPENDIO (USD 10%) SG | 1,00 | 10.470,60 |

|  |  |
|---|---|
| **Valor Total sin IVA** USD | 115.176,60 |
| **Parte no Planificada** USD | 0,00 |

Global's Response to 2nd Amended RTP 000076

CERTIFIED TRANSLATION FROM SPANISH TO ENGLISH

## CERTIFICATION OF TRANSLATION

I hereby certify that, to the best of my knowledge, the foregoing is an accurate translation from the Spanish into the English language, made by the undersigned, who is conversant with both languages. Although full attention has been given to producing a reliable translation, the undersigned shall not be held liable for any misinterpretation or error in this translation other than to provide upon demand a revision, correcting any such misinterpretation or error.

The statements in the English language in the attached translation have the same meaning as the statements in the Spanish language in the document that I have examined.

Signed in Orlando, Florida, this  2 5th  Day of  January  2024

**Vanessa Caetano Professional Translator**
**4423 S. Kirkman rd.**
**Orlando, FL 32811**
**321-304-1869**
**traducoesdedocumentos@gmail.com**

Member of the American Translators Association – ATA), of ATA Spanish Language Division, Member of ATA No. 269049

Signature: _____
Vanessa Caetano, Professional Translator

Certified Translation by Vanessa Caetano
A member of the American Translators Association (ATA),
A member of ATA Spanish Language Division, Member of ATA No. 269049

**CERTIFIED TRANSLATION FROM SPANISH TO ENGLISH**

Exploration and Production
Local Eastern Support
+ +CVR + MAIL5V/FPDVSALOCVR   CVR

| | | |
|---|---|---|
| Purchasing organization PCC0 | | **Entry of Service sheet.** |
| Building PDVA Exploración y Producción | | Number/Date |
| Av. Alirio Ugarte Pelayo, Maturin 6201 | | 1006469710 / 12.21.2015 |
| Edo. Monagas | | Period / Position / Date |
| Phone number. (0291) 6406103 | | 4502429147 / 1 / 08.19.2014 |
| | | Our responsible |
| R.I.F.: Branch: 1 | | DARVIS VAREL |
| GLOBAL CONSULTING LLC | | Your Provider Number in our company |
| P.O. Box: NONE | | |
| 1 CARACAS | | |
| VENEZUELA | | Your Number |
| | | **A-PF-0757-2015** |
| Place of provision of services | | Your Responsible |
| PUERTO LA CURZ | | GLOBAL |
| Term | | |
| **03.02.2015 - 03.31.2015** | | |
| Final Entry: | | |
| No. **PF 0757-2015** PROFESSIONAL FEES MUSTAPHA BOUJANA | | |

INVOICE NO. 0738-2014 CORRESPONDING TO
PROFESSIONAL FEES OF THE ADVISOR MUSTAPHA BOUJANA 176 H/H + 10% STIPEND

NOTE: DEDUCT THE 10% CORRESPONDING TO THE FAITHFUL PERFORMANCE BOND

| Service Line | Quantity | Denomination | Unit Price USD | Net Value USD |
|---|---|---|---|---|
| 10 | 176 | Professional Honoraries P10 H/H (Man Hours) | 373.95 | 65,815.20 |
| 20 | 6,581.52 | SPTIPEND (USD10%) SG | 1 | 6,581.52 |
| | | | | |
| | | | Total Value without Sales Tax USD | 72,396.72 |
| | | | Part Not Planned  USD | 0.00 |
| | | | *Global's Response to 2nd Amended RTP 000075* | |

Certified Translation by Vanessa Caetano
A member of the American Translators Association (ATA),
A member of ATA Spanish Language Division, Member of ATA No. 269049

Exploración y Producción
Local Oriente Soporte
++CVR++MAIL5V/FPDVSALOCVR__CVR

Organización de Compra PCCO
Edif. PDVSA Exploración y
Producción
Av. Alirio Ugarte Pelayo, Maturín
6201,
Edo. Monagas
tlf. (0291) 6406103

**R.I.F.: Sucursal:** 1
GLOBAL CONSULTING LLC
Apartado NO TIENE
1 CARACAS
VENEZUELA

| Hoja de Entrada de Servicios |
|---|
| Número/Fecha |
| 1006469710 / 21.12.2015 |
| Pedido / Posición / Fecha |
| 4502429147 / 1 / 19.08.2014 |
| Nuestro Responsable |
| DARVIS VAREL |
| Su nº Proveedor en nuestra empr. |

Su Número
A-PF-0757-2015
Su Persona Responsable
GLOBAL

Lugar prestación del Servicio
PUERTO LA CRUZ-ANZOATEGUI
Período
02.03.2015 - 31.03.2015

**Entrada Final:** No
PF-0757-2015 HP  MUSTAPHA BOUJANA

PROFORMA 0757-2015 CORRESPONDIENTES A HONORARIOS PROFESIONALES DEL
ASESOR MUSTAPHA BOUJANA
176 H/H + 10% ESTIPENDIO

NOTA: FAVOR DESCONTAR EL 10% CORRESPONDIENTE A LA FIANZA DE FIEL
CUMPLIMIENTO.

| Línea | Servicio | Cantidad | Denominación Unidad | Precio Unitario USD | Valor Neto USD |
|---|---|---|---|---|---|
| 10 | | 176 | HONORARIOS PROFESIONALES P10 H/H | 373,95 | 65.815,20 |
| 20 | | 6.581,520 | ESTIPENDIO (USD 10%) SG | 1,00 | 6.581,52 |

|  |  |
|---|---|
| **Valor Total sin IVA** USD | 72.396,72 |
| **Parte no Planificada** USD | 0,00 |

Global's Response to 2nd Amended RTP 000075

CERTIFIED TRANSLATION FROM SPANISH TO ENGLISH

### CERTIFICATION OF TRANSLATION

I hereby certify that, to the best of my knowledge, the foregoing is an accurate translation from the Spanish into the English language, made by the undersigned, who is conversant with both languages. Although full attention has been given to producing a reliable translation, the undersigned shall not be held liable for any misinterpretation or error in this translation other than to provide upon demand a revision, correcting any such misinterpretation or error.

The statements in the English language in the attached translation have the same meaning as the statements in the Spanish language in the document that I have examined.

Signed in Orlando, Florida, this 25th Day of January 2024

**Vanessa Caetano Professional Translator**
**4423 S. Kirkman rd.**
**Orlando, FL 32811**
**321-304-1869**
**traducoesdedocumentos@gmail.com.**

Member of the American Translators Association – ATA), of ATA Spanish Language Division, Member of ATA No. 269049

Signature: _____

Vanessa Caetano, Professional Translator

Certified Translation by Vanessa Caetano
A member of the American Translators Association (ATA),
A member of ATA Spanish Language Division, Member of ATA No. 269049

**CERTIFIED TRANSLATION FROM SPANISH TO ENGLISH**

| | |
|---|---|
| Exploration and Production<br>Local Eastern Support<br>+ +CVR + MAIL5V/FPDVSALOCVR  CVR | |

| | |
|---|---|
| Purchasing organization PCC0 | **Entry of Service sheet.** |
| Building PDVA Exploración y Producción | Number/Date |
| Av. Alirio Ugarte Pelayo, Maturín 6201 | 1006469726 / 21.12.2015 |
| Edo. Monagas | Period / Position / Date |
| Phone number. (0291) 6406103 | 4502429147 / 1 /  08.19.2014 |
| | Our responsible |
| R.I.F.: Branch: 1 | DARVIS VAREL |
| GLOBAL CONSULTING LLC | Your Provider Number in our company |
| P.O. Box: NONE | |
| 1 CARACAS | |
| VENEZUELA | Your Number |
| | **A-PF-0758-2015** |
| Place of provision of services | Your Responsible |
| PUERTO LA CURZ | GLOBAL |
| Term | |
| **04.01.2015 - 04.30.2015** | |
| **Final Entry:** | |
| No. **PF 0758-2015** PROFESSIONAL FEES MUSTAPHA BOUJANA | |

INVOICE NO. 0758-2015 CORRESPONDING TO
PROFESSIONAL FEES OF THE ADVISOR MUSTAPHA BOUJANA 176 M/H + 10% STIPEND

NOTE: DEDUCT THE 10% CORRESPONDING TO THE FAITHFUL PERFORMANCE BOND

| Service Line | Quantity | Denomination | Unit Price USD | Net Value USD |
|---|---|---|---|---|
| 10 | 176 | Professional Honoraries P10<br>H/H (Man Hours) | 373.95 | 65,815.20 |
| 20 | 6,581.52 | SPTIPEND (USD10%)<br>SG | 1 | 6,581.52 |
| | | | | |
| | | | **Total Value without Sales Tax USD** | 72,396.72 |
| | | | **Part Not Planned  USD** | 0.00 |
| | | | | |
| | | | *Global's Response to 2nd Amended RTP 000074* | |

Certified Translation by Vanessa Caetano
A member of the American Translators Association (ATA).
A member of ATA Spanish Language Division, Member of ATA No. 269049

Exploración y Producción
Local Oriente Soporte
+ +CVR +MAIL5V/FPDVSALOCVR    CVR

Organización de Compra PCC0
Edif. PDVSA Exploración y
Producción
Av. Alirio Ugarte Pelayo, Maturín
6201,
Edo. Monagas
tlf. (0291) 6406103

**R.I.F.: Sucursal:** 1
GLOBAL CONSULTING LLC
Apartado, NO TIENE
1 CARACAS
VENEZUELA

Lugar prestación del Servicio
PUERTO LA CRUZ-ANZOATEGUI
Período
01.04.2015 - 30.04.2015

**Hoja de Entrada de Servicios**

Número/Fecha
1006469726 / 21.12.2015
Pedido / Posición / Fecha
4502429147 / 1 / 19.08.2014
Nuestro Responsable
DARVIS VAREL
Su nº Proveedor en nuestra empr.

Su Número
A-PF-0758-2015
Su Persona Responsable
GLOBAL

**Entrada Final:** No
PF-0758-2015 HP  MUSTAPHA BOUJANA

PROFORMA 0758-2015 CORRESPONDIENTES A HONORARIOS PROFESIONALES DEL
ASESOR MUSTAPHA BOUJANA
176  H/H + 10% ESTIPENDIO

NOTA: FAVOR DESCONTAR EL 10% CORRESPONDIENTE A LA FIANZA DE FIEL
CUMPLIMIENTO.

| Línea | Servicio | Cantidad | Denominación Unidad | Precio Unitario USD | Valor Neto USD |
|-------|----------|----------|---------------------|---------------------|----------------|
| 10 | | 176 | HONORARIOS PROFESIONALES P10 H/H | 373,95 | 65.815,20 |
| 20 | | 6.581,520 | ESTIPENDIO (USD 10%) SG | 1,00 | 6.581,52 |

|  |  |
|---|---|
| **Valor Total sin IVA** USD | 72.396,72 |
| **Parte no Planificada** USD | 0,00 |

Global's Response to 2nd Amended RTP 000074

CERTIFIED TRANSLATION FROM SPANISH TO ENGLISH

**CERTIFICATION OF TRANSLATION**

I hereby certify that, to the best of my knowledge, the foregoing is an accurate translation from the Spanish into the English language, made by the undersigned, who is conversant with both languages. Although full attention has been given to producing a reliable translation, the undersigned shall not be held liable for any misinterpretation or error in this translation other than to provide upon demand a revision, correcting any such misinterpretation or error.

The statements in the English language in the attached translation have the same meaning as the statements in the Spanish language in the document that I have examined.

Signed in Orlando, Florida, this 25th Day of January 2024

**Vanessa Caetano Professional Translator**
**4423 S. Kirkman rd.**
**Orlando, FL 32811**
**321-304-1869**
**traducoesdedocumentos@gmail.com**

Member of the American Translators Association – ATA), of ATA Spanish Language Division, Member of ATA No. 269049

Signature: _____

Vanessa Caetano, Professional Translator

Certified Translation by Vanessa Caetano,
A member of the American Translators Association (ATA),
A member of ATA Spanish Language Division, Member of ATA No. 269049

### AFFIDAVIT OF TRANSLATOR

State of __Florida__

County of __Orange__

Before me this __25__ day of __January__, 20 __24__, personally appeared __Vanessa Caetano Salmeron__
(name of translator)

who being sworn by the undersigned notary public, states:

- I am capable of reading and writing both English and __Spanish__.
  (name of language)

- I am competent to translate from English into __Spanish__ and vice versa.
  (name of language)

- I have made __Written__ translation of the attached document,
  ("an oral" or "a written")

  __Activity Report__, from __Spanish__
  (title and description of document and number of pages)     (name of language)

  into __English__, and certify that the translation is complete and accurate.
  (name of language)

_Vanessa Caetano Salmeron_
Signature of Translator

_VANESSA CAETANO SALMERON_
Printed Name and Address of Translator

Sworn to and signed before me this __25__ day of __Jan__, 20 __24__, by __Vanessa Caetano Salmeron__
(Name of translator)

**ILDA KELLY BATISTA**
Notary Public-State of Florida
Commission # HH 241560
My Commission Expires
May 16, 2026

_Ilda Kelly Batista_
Signature of notary public

Notary Public, State of __Florida__

_Ilda Kelly Batista_
Printed Name of notary public

**Signer's Identity verified by:**
- ☑ Personally Known
- ☐ Identity proven on the oath _____
  Name of credible witness
- ☑ Identity proven on the basis of __5456-863-72-942-0__
  Description of Identity card or other document

(Seal)

Copyright ©2011 American Association of Notaries, P.O. Box 630601 Houston, TX 77263   1-800-721-2663   www.usnotaries.com

# EXHIBIT – "H"

Last Email from Global/Alfonsi

------On Thursday, Feb 23, 2017 15:09:25, Pedro Alfonsi <pedro.alfonsi@hotmail.com> wrote:----

Good afternoon Mustapha,

Thank you for confirming. I thought PDVSA had informed you that what was actually paid was a partial payment. We are negotiating with them so that payments continue to be paid. The oil news is encouraging. Apparently, PDVSA is improving its cash flow and they are aware and willing to honor those payments as soon as possible. As I explained to you over the phone, there are possibilities there and they want to normalize everything.

Best regards,
Pedro Alfonsi

*Global's Response to 1st  RTP 000044*

**From:** Pedro Alfonsi <pedro.alfonsi@hotmail.com>
**Sent:** Thursday, February 23, 2017 3:09 PM
**To:** Mustapha Boujana <mboujana@yahoo.com>
**Subject:** Re: Mustapha Boujana Honorarios Profesionales PDVSA.

Buenas tardes Mustapha,

Gracias por confirmar. Pensé que PDVSA te había informado que lo que se pagó realmente fué un pago parcial. Estamos negociando con ellos para que se continúen abonando pagos. Las noticias en materia petrolera son alentadoras. Aparentemente, PDVSA está mejorando su flujo de caja y ellos están concientes y propuestos a honrar dichos pagos lo antes posible. Como te expliqué telefónicamente, hay posibilidades allá y ellos quieren normalizar todo.

Saludos cordiales,

Pedro Alfonsi

CERTIFIED TRANSLATION FROM SPANISH TO ENGLISH

## CERTIFICATION OF TRANSLATION

I hereby certify that, to the best of my knowledge, the foregoing is an accurate translation from the Spanish into the English language, made by the undersigned, who is conversant with both languages. Although full attention has been given to producing a reliable translation, the undersigned shall not be held liable for any misinterpretation or error in this translation other than to provide upon demand a revision, correcting any such misinterpretation or error.

The statements in the English language in the attached translation have the same meaning as the statements in the Spanish language in the document that I have examined.

Signed in Orlando, Florida, this 2 5th Day of January 2024

**Vanessa Caetano Professional Translator**
**4423 S. Kirkman rd.**
**Orlando, FL 32811**
**321-304-1869**
**traducoesdedocumentos@gmail.com.**

Member of the American Translators Association – ATA), of ATA Spanish Language Division, Member of ATA No. 269049

Signature: _Vanessa Caetano_
Vanessa Caetano, Professional Translator

Certified Translation by Vanessa Caetano,
A member of the American Translators Association (ATA),
A member of ATA Spanish Language Division, Member of ATA No. 269049

## AFFIDAVIT OF TRANSLATOR

State of _Florida_

County of _Orange_

Before me this _25_ day of _January_, 20 _24_, personally appeared _Vanessa Caetano Salmeron_
(name of translator)

who being sworn by the undersigned notary public, states:

- I am capable of reading and writing both English and _Spanish_.
(name of language)

- I am competent to translate from English into _Spanish_ and vice versa.
(name of language)

- I have made _Written_ translation of the attached document,
("an oral" or "a written")

  _Activity Report_, from _Spanish_
  (title and description of document and number of pages)                  (name of language)

  into _English_, and certify that the translation is complete and accurate.
  (name of language)

_Vanessa Caetano Salmeron_
Signature of Translator

_VANESSA CAETANO SALMERON_
Printed Name and Address of Translator

Sworn to and signed before me this _25_ day of _Jan_, 20 _24_, by _Vanessa Caetano Salmeron_
(Name of translator)

ILDA KELLY BATISTA
Notary Public-State of Florida
Commission # HH 241560
My Commission Expires
May 16, 2026

_Ilda Kelly Batista_
Signature of notary public

Notary Public, State of _Florida_

_Ilda Kelly Batista_
Printed Name of notary public

**Signer's Identity verified by:**
☑ Personally Known
☐ Identity proven on the oath _____
(Name of credible witness)
☑ Identity proven on the basis of _5456-863-77-942 0_
(Description of identity card or other document)

(Seal)

Copyright ©2011 American Association of Notaries. P.O. Box 630601 Houston, TX 77263   1-800-721-2663 . www.usnotaries.com

# **EXHIBIT – "02"**

Proof of Service of Discovery Requests (Exhibit-01) as filed on May 23, 2024

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

**FILED**

Date: 04/23/2024 @ 2:37 PM via: email

Clerk, U.S. Bankruptcy
Orlando Division

| | |
|---|---|
| In re:<br><br>GLOBAL CONSULTING, INC.,<br><br>    Debtor.<br><br>MUSTAPHA BOUJANA,<br><br>    Plaintiff,<br><br>vs.<br><br>GLOBAL CONSULTING, INC., and<br>PEDRO ALFONSI<br><br>    Defendants. | Case No.: **6:24-bk-00353-GER**<br>Chapter 11<br><br><br><br>Adv. Proc. No. **6:24-ap-00005-GER**<br>State Court Case No.:<br>2022-CA-001733-O |

## AMENDED[1] PROOF OF SERVICE BY NON-ATTORNEY

I hereby certify that a true copy of Interrogatories, Requests for Admissions, and Requests for Production Documents was served on April 21st, 2024 via Email to Global Consulting, LLC ("Global") and its Principal Pedro Alfonsi at pedro.alfonsi@hotmail.com, and to Kenneth D. Herron Jr. (Global's attorney) at chip@herronhilllaw.com.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 21st, 2024.

By: /s/ *Mustapha Boujana*
     Mustapha Boujana, *pro se*
     mboujana@yahoo.com

[1] *Amendment only to correct a typing error in Date.*