**ORDERED.**

Dated: August 05, 2024

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | ) |
| | ) |
| Global Consulting, LLC, | ) Case No. 6:24-bk-00353-GER |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| Mustapha Boujana, | ) |
| | ) |
| Plaintiff, | ) Adv. No. 6:24-ap-00005-GER |
| | ) |
| v. | ) |
| | ) |
| Global Consulting, LLC and Pedro Alfonsi, | ) |
| | ) |
| Defendants. | ) |

**ORDER (1) GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL DISCOVERY, (2) GRANTING ORE TENUS MOTION TO ENLARGE INTERROGATORIES BY TWO, AND (3) ABATING DISCOVERY**

THIS PROCEEDING came before the Court for hearing on August 1, 2024, at 10:30 a.m. (the "Hearing") upon *Plaintiff's Motion to Compel Discovery* (the "Motion to Compel") (Doc. No. 46) filed by Plaintiff Mustapha Boujana ("Mr. Boujana"), the Response[1] (Doc. No. 50) filed by

---

[1] *Global Consulting, LLC's Amended Response to Plaintiff's Motion to Compel Discovery* (the "Response").

1

Defendant Global Consulting, LLC ("Global Consulting"), and the Reply[2] (Doc. No. 51) filed by Mr. Boujana. At the Hearing, Mr. Boujana made an *Ore Tenus Motion to Enlarge Interrogatories by Two* (the "Ore Tenus Motion") (Doc. No. 56). Also discussed at the Hearing were the pending *Defendant, Global Consulting, LLC's, Motion for Partial Summary Judgment* (Doc. No. 52), as well as *Global Consulting, LLC's, Consent to Entry of an Order Allowing Claim* (Doc. No. 54),[3] which may alleviate or narrow the scope of discovery. The Court, having considered the Motion to Compel, the Response, the Reply, the Ore Tenus Motion, the record, and the arguments of the parties at the Hearing, and for the reasons stated in open court, it is

**ORDERED:**

1.   The Motion to Compel (Doc. No. 46) is **GRANTED IN PART**.

2.   The Motion to Compel is granted as to non-duplicative requests. Mr. Boujana is directed to revise his discovery requests to only include those that are not duplicative of prior requests.

3.   The Ore Tenus Motion (Doc. No. 56) is **GRANTED**.

4.   Mr. Boujana may propound two additional interrogatories.

5.   All discovery, including the requirement for Global Consulting to respond to Mr. Boujana's revised discovery requests to be issued pursuant to paragraph 2 of this Order, is **ABATED** pending further order of the Court.

### # # #

The Clerk's Office is directed to serve a copy of this Order on interested parties.

---

[2] *Plaintiff's Reply to Global Consulting, LLC's Amended Response to Plaintiff's Motion to Compel Discovery* (the "Reply").

[3] Mr. Boujana filed *Creditor/Plaintiff, Mustapha Boujana's Response and Updates to the Latest and Untimely Documents Filed by Debtor/Defendant* (Doc. No. 58), which, in part, addresses *Global Consulting, LLC's, Consent to Entry of an Order Allowing Claim*. While this pleading was not docketed until after the Hearing, it has been reviewed by the Court.